IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:23-cv-00507-JRG-RSP |
| TAIV, INC., | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE READY FOR SCHEDULING CONFERENCE**

Plaintiff MyChoice, LLC, pursuant to this Court's Standing Order Regarding Readiness for Scheduling Conference, hereby notifies this Court that Defendant Taiv, Inc. filed its answer on April 9, 2024, and it filed contemporaneously therewith Defendant Taiv Inc.'s Opposed Motion to Transfer Venue to the District of Massachusetts Pursuant to 28 U.S.C. §1404(a).  There are no related cases.

Dated: April 10, 2024

Respectfully submitted,

/s / Michael C. Gilleran
Michael C. Gilleran (Mass. BBO No. 192210)
Pro hac vice allowed
michael.gilleran@fisherbroyles.com
FISHERBROYLES, LLP
75 State Street, Suite 100, PMB 4418
Boston, Massachusetts 02109
Direct: 781.489.5680
Mobile: 339.237.1384
LEAD ATTORNEY

/s/ Chris P. Perque
Chris P. Perque
Texas State Bar No. 24005828
FisherBroyles, LLP
2925 Richmond Ave., Suite 1200
Houston, TX 77098

Phone: 832.604.4417  
Facsimile: 832.377.5929  
Email: chris.perque@fisherbroyles.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the above date all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF filing system.

                                  */s/ Chris P. Perque*___  
                                  Chris P. Perque