# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC | § § | |
| v. | § § | Case No. 2:23-CV-0507-JRG-RSP |
| TAIV, INC. | § § | |

## CORRECTED JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff MyChoice, LLC and Defendant TaiV, Inc. jointly file this Corrected Joint Motion for Entry of Discovery Order and request that the proposed Discovery Order filed herewith be adopted by the Court and used in the above-styled matter. The Parties do not seek to modify the Court's default Discovery Order, other than to include limitations on discovery in paragraph 5 thereof.

Dated: June 12, 2024

Respectfully submitted,

*/s / Michael C. Gilleran*
Michael C. Gilleran
(Mass. BBO No. 192210)
Pro hac vice allowed
michael.gilleran@fisherbroyles.com
FISHERBROYLES, LLP
75 State Street, Suite 100, PMB 4418
Boston, Massachusetts 02109
Direct: 781.489.5680
Mobile: 339.237.1384
LEAD ATTORNEY

*/s/ Chris P. Perque*
Chris P. Perque
Texas State Bar No. 24005828
FisherBroyles, LLP
2925 Richmond Ave., Suite 1200
Houston, TX 77098
Phone: 832.604.4417
Facsimile: 832.377.5929

Email: chris.perque@fisherbroyles.com

**ATTORNEYS FOR PLAINTIFF,
MYCHOICE LLC**


Respectfully submitted,

/s/Phil Haack
Ryan J. Marton (*Admitted E.D. Tex.*)
ryan@martonribera.com
Phil Haack (*Admitted E.D. Tex.*)
phaack@martonribera.com
Hector Ribera (*Admitted E.D. Tex.*)
hector@martonribera.com
Carolyn Chang (*Admitted E.D. Tex.*)
carolyn@martonribera.com
MARTON RIBERA SCHUMANN &
CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
415-360-2514

**ATTORNEYS FOR DEFENDANT
TAIV, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for the parties conferred via email regarding the above motion in accordance with Local Rule CV-7(i), and the motion is unopposed.

/s/Chris P. Perque
Chris P. Perque

2