IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:23-cv-00507-JRG-RSP |
| TAIV, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
COMPLIANCE WITH ORDERS
AND PRODUCTION OF DOCUMENTS**

Before the Court is Plaintiff's Motion to Compel Compliance with Orders and Production of Documents. After considering same and any response and oral argument related thereto, the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that Defendant and Taiv USA, Inc. shall within fifteen (15) days of the entry of this Order:

(i) comply with DO ¶9(a) and Federal Rule of Civil Procedure 34(b)(2)(C) identifying categories of documents to be produced or withheld in response to Plaintiff's 41 document requests with reasons for any category withheld;

(ii) produce any responsive documents in an electronic format pursuant to the E-Discovery Order;

(iii) produce technical documents, in addition to any source code

        produced or made available for inspection, sufficient to describe the operation of the Accused Instrumentalities pursuant to P.R. 3-4 or otherwise responsive to Plaintiff's 41 document requests; and

(iv)    produce its source code for inspection within this District or otherwise provide remote access thereto on business days between 8 am to 6 pm for Plaintiff or its designated expert(s) to remotely inspect the same. Defendant shall make reasonable efforts to accommodate Plaintiff's request for access to the source code outside of normal business hours. Defendant agrees to cooperate in good faith maintaining the source code for in-person or remote inspection in a manner that does not unreasonably hinder the Plaintiff's ability to efficiently and effectively conduct the prosecution of this action.