# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC | § § | |
| v. | § § | Case No. 2:23-CV-0507-JRG-RSP |
| TAIV, INC. | § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
November 15, 2024

**OPEN: 3:00 pm**                                                                    **ADJOURN:   4:04 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Mike Gilleran |
| ATTORNEY FOR DEFENDANTS: | Phil Haack |
|  | Ryan Marton |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Michael Gilleran introduced himself and announced ready.  Phil Haack introduced co-counsel and announced ready.

Mike Gilleran argued Plaintiff's Motion to Compel Compliance with Orders and Production of Documents (Dkt. No. 37).  Phil Haack responded.

After the break to meet and confer, Mr. Gilleran informed the Court of the agreements.  Mr. Haack read the agreements into the record.

Mr. Gilleran then argued the issue with the source code.  Ryan Marton responded.

The Court took the motion under submission.  Court adjourned.