IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-507-JRG-RSP |
| TAIV, INC., | § § § | |
| *Defendant*. | § | |

## MEMORANDUM ORDER

Before the Court is Plaintiff My Choice, LLC's Motion to Compel Compliance with Orders and Production of Documents. **Dkt. No. 37.** The Court held a hearing on the Motion on November 15, 2024. The Motion is **GRANTED** to the extent orally assigned at the hearing.

It is **ORDERED** that Taiv produce:

(1) Non-source code technical documents sufficient to show the operation of the accused product;

(2) Representative marketing materials;

(3) Intercompany agreements between Taiv, Inc. and Taiv USA;

(4) Balance sheets of Taiv Inc. from the date of the issuance of the patent in suit.

The Motion is otherwise **DENIED.**

**SIGNED this 17th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1