IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC | § § | |
| v. | § § § | Case No. 2:23-CV-0507-JRG-RSP |
| TAIV, INC. | § § | |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH LPR 4-2**

Plaintiff MyChoice, LLC provides notice that on December 18, 2024, it served on Defendant Taiv, Inc. Plaintiff's preliminary claim construction disclosures pursuant to Local Patent Rule 4-2 in accord with this Court's Docket Control Order in the above captioned matter.

Dated: December 18, 2024

Respectfully submitted,

*/s / Michael C. Gilleran*
Michael C. Gilleran
(Mass. BBO No. 192210)
Pro hac vice allowed
michael.gilleran@fisherbroyles.com
FISHERBROYLES, LLP
75 State Street, Suite 100, PMB 4418
Boston, Massachusetts 02109
Direct: 781.489.5680
Mobile: 339.237.1384
LEAD ATTORNEY

*/s/ Chris P. Perque*
Chris P. Perque
Texas State Bar No. 24005828
FisherBroyles, LLP
2925 Richmond Ave., Suite 1200
Houston, TX 77098
Phone: 832.604.4417
Facsimile: 832.377.5929
Email: chris.perque@fisherbroyles.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the above date all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF filing system.

                                         */s/ Chris P. Perque*
                                         Chris P. Perque