**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MYCHOICE, LLC | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0507-JRG-RSP |
| | § | |
| TAIV, INC. | § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING
STATEMENT PURSUANT TO LOCAL P.R. 4-3**

Pursuant to Local Patent Rule 4-3 and the Court's Docket Control Orders, Plaintiff
MyChoice, LLC ("MyChoice") and Defendant Taiv, Inc. ("Taiv") jointly submit this Joint Claim
Construction and Prehearing Statement ("JCCS"). The claim terms proposed for construction
below are found within U.S. Patent No. 10,708,658 (the "Asserted Patent"). Pursuant to P.R. 4-
3, the parties provide the following:

**I.      P.R. 4-3(A)(1) – AGREED CLAIM CONSTRUCTIONS**

The parties have not agreed to any proposed constructions for claim terms in the Asserted
Patent:

**II.     P.R. 4-3(A)(2) – DISPUTED CLAIM CONSTRUCTIONS**

The parties' proposed claim constructions for the disputed terms, as well as their intrinsic
and extrinsic evidence, can be found in Exhibit A. The parties reserve the right to rely upon the
evidence supplied by the opposing side. In addition, each party reserves the right to amend,
correct, or supplement its claim construction positions and supporting evidence in response to
any change of position by any other party, or for other good cause.

**III.    P.R. 4-3(A)(3) – LENGTH OF CLAIM CONSTRUCTION HEARING**

The parties propose that the Court allow a total of one hour (30 minutes per side) for
the hearing.

## IV.    P.R. 4-3(A)(4) – LIVE WITNESS TESTIMONY AT CLAIM CONSTRUCTION HEARING

Neither party intends to call any live witnesses at the claim construction hearing.

## V.    P.R. 4-3(A)(5) – OTHER ISSUES

At this time, the parties are unaware of any additional issues that might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

## VI.    P.R. 4-3(B) – DISCLOSURE OF EXPERT TESTIMONY

Neither party intends to rely on expert testimony in their briefing.

Dated: January 8, 2025                    Respectfully submitted,


*/s / Michael C. Gilleran*                */s/ Phillip Haack*
Michael C. Gilleran                       Ryan Marton (CA 223979, *admitted E.D. Tex.*)
(Mass. BBO No. 192210)                    Hector Ribera (CA 221511, *admitted E.D. Tex.*)
Pro hac vice allowed                      Phillip Haack (CA 262060, *admitted E.D. Tex.*)
michael.gilleran@fisherbroyles.com        MARTON RIBERA SCHUMANN & CHANG
FISHERBROYLES, LLP                        LLP
75 State Street, Suite 100, PMB 4418      548 Market Street, Suite 36117
Boston, Massachusetts 02109               San Francisco, CA 94104
Direct: 781.489.5680                      Telephone:    (415) 360-2515
Mobile: 339.237.1384                      Email:  ryan@martonribera.com
LEAD ATTORNEY                                     hector@martonribera.com
                                                  phaack@martonribera.com
Chris P. Perque
Texas State Bar No. 24005828
FisherBroyles, LLP                        **ATTORNEYS FOR DEFENDANT TAIV,**
2925 Richmond Ave., Suite 1200            **INC.**
Houston, TX 77098
Phone: 832.604.4417
Facsimile: 832.377.5929
Email: chris.perque@fisherbroyles.com

**ATTORNEYS FOR PLAINTIFF,**
**MYCHOICE LLC**

## CERTIFICATE OF CONFERENCE

Counsel for the parties conferred via telephone and email regarding the above motion in accordance with Local Rule CV-7(i), and the motion is unopposed.

*/s / Michael C. Gilleran*
Michael C. Gilleran