**EXHIBIT A**
**P.R. 4-3 JOINT CLAIM CONSTRUCTION STATEMENT**
**PROPOSED CONSTRUCTIONS AND SUPPORT**

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 1. | Preambles of claims 1, 9 and 13 | 1, 9 and 13 | No construction necessary; preamble not limiting. | Intrinsic Evidence:<br>• The plain language of the claims.<br><br>• Specification: The citations below to the specification for the disputed claim terms.<br><br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | Preambles are limiting. | Claims 1, 9, 13.<br><br>'658 File History: June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 2. | "user" | 1-14 | No construction necessary; plain and ordinary meaning. | Intrinsic Evidence:<br>• The plain language of the claims.<br><br>• Specification: Abstract; Figs. 1, 3, 4; 1:23-2:62; 3:1-25; 4:58-67; 5:36-6:45; 7:4-45.<br><br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | "a person watching the display" | Abstract; Fig. 1; 2:33-36; 2:58-67; 3:13-15; 3:44-46; 3:58-60; 3:61-64; 5:45-50; 6:7-20; 6:21-44; 7:14-20; 7:43-49.<br><br>'658 File History: June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 3. | "user preference" | 1, 4, 5, 8-13 | No construction necessary; plain and ordinary meaning. | Intrinsic Evidence:<br><br>• The plain language of the claims.<br><br>• Specification: Abstract, 1:37-2:26; 3:40-4:6; 5:35-6:64; 7:4-37.<br><br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | "likes and dislikes of the user" | Abstract; 1:16-19; 2:14-26; Fig. 3:44-60; 5:45-6:20; 6:37-44;<br><br>'658 File History: June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 4. | "user preference … associated with the user" | 1, 13 | No construction necessary; plain and ordinary meaning. | Intrinsic Evidence:<br><br>• The plain language of the claims.<br><br>• Specification: Abstract, 1:37-2:26; 3:40-4:66; 5:35-6:64; 7:4-37.<br><br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | "likes and dislikes associated with the user" | Abstract; 1:16-19; 2:14-26; Fig. 3:44-60; 5:45-6:20; 6:37-44;<br><br>'658 File History: June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 5. | "detecting in real-time"/ "detected in real-time" | 1, 9, 13 | No construction necessary; plain and ordinary meaning. | Intrinsic Evidence:<br><br>• The plain language of the claims.<br><br>• Specification: Abstract; Figs. 2 and 5, 1:45-2:24; 3:61-4:34; 6:45-7:35<br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | "without perceptual delay from the user's perspective" | Abstract; 3:61-4:6; 6:31-36.<br><br>'658 File History: June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance.<br><br>Extrinsic Evidence:<br>Microsoft Computer Dictionary 5th Ed. (2002): **real-time** *adj.* Of, or relating to, a time frame imposed by external constraints. Real-time operations are those in which the machine's activities match the human perception of time or those in which computer operations proceed at the same rate as a physical or external process. Real-time operations are characteristic of aircraft guidance systems, transaction-processing systems, scientific applications, and other areas in which a computer must respond to situations as they occur (for example, animating a graphic in a flight simulator or making corrections based on measurements). |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 6. | "content attribute(s)" | 1, 3, 4, 6, 9, 13 | No construction necessary; plain and ordinary meaning. | Intrinsic Evidence:<br>• The plain language of the claims.<br><br>• Specification: Figs. 1-5; 1:45-2:23; 3:26-39; 4:35-7:24.<br><br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | "attribute descriptive of a characteristic of content" | 4:46-67; 5:13-6:20; Fig. 3; Fig. 4.<br><br>'658 File History: June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance. |

| No. | Claim Term | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Evidence | Defendant's Proposed Construction | Defendant's Evidence |
|---|---|---|---|---|---|---|
| 7. | "monitor station" / "monitoring station" | 1-4, 8-14 | No construction necessary; plain and ordinary meaning. | Intrinsic Evidence:<br>• The plain language of the claims.<br><br>• Specification: Figs. 1, 2 and 5; 2:58-3:49; 4:7-34; 7:24-36.<br><br>• Prosecution history: Office Action 6/13/2019 and references cited therein MYCHOICE000115-129; Interview Summary, Agenda Telephonic Interview and Proposed Amendment to Claims MYCHOICE000109-113; Amendment Under Rule 111 MYCHOICE99-107; Office Action 12/19/2019 and references cited therein MYCHOICE000065-85; Amendment Under Rule 116 MYCHOICE46-65; Notice of Allowability and references cited therein MYCHOICE000022-27 | "device that monitors the media stream and sends trigger signals to the output device" | Abstract; 1:46-2:2; 2:33-36; 3:1-4; 3:26-39; 3:61-4:34; 6:31-36; 7:14-37; Figs 1, 2, 5.<br><br>June 13, 2019 Office Action; Sept. 3, 2019 Interview Summary; Sept. 6, 2019 Office Action Response and Amendment; December 19, 2019 Final Rejection; Feb. 18, 2020 Amendment After Final; March 11, 2020 Notice of Allowance. |