IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:23-cv-00507-JRG-RSP |
| TAIV, INC., | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to L.R. CV-11 (c), Chris P. Perque ("Perque") respectfully requests that he be permitted to formally withdraw as counsel for Plaintiff MyChoice LLC for the reasons set forth below.

1. Perque is local counsel for Plaintiff.

2. Plaintiff retained Marvin Craig Tyler with Perkins Coie, who recently appeared as counsel of record on behalf of MyChoice LLC.

3. Plaintiff consents to this withdrawal.

4. Defendant Taiv, Inc. does not oppose this motion.

5. This motion is not being filed to hinder or delay this matter or prejudice any party.

Dated: January 31, 2025                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Chris P. Perque
　　　　　　　　　　　　　　　　　　　　　　Chris P. Perque
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24005828
　　　　　　　　　　　　　　　　　　　　　　FisherBroyles, LLP
　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Ave., Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　　Phone: 832.604.4417

        Facsimile: 832.377.5929
        Email: chris.perque@fisherbroyles.com

        Michael C. Gilleran (Mass. BBO No. 192210)
        Pro hac vice allowed
        michael.gilleran@fisherbroyles.com
        FISHERBROYLES, LLP
        75 State Street, Suite 100, PMB 4418
        Boston, Massachusetts 02109
        Direct: 781.489.5680
        Mobile: 339.237.1384
        LEAD ATTORNEY

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the above date all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via email.

        */s/ Chris P. Perque*
        Chris P. Perque

## CERTIFICATE OF CONFERENCE

Counsel for the parties conferred via email regarding the above motion in accordance with Local Rule CV-7(i), and the motion is unopposed.

        /s/Chris P. Perque
        Chris P. Perque