**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MYCHOICE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TAIV, INC.<br>      Defendants. | C.A. No. 2:23-CV-0507-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff MyChoice, LLC, Inc. hereby notifies the Court that the following person is appearing as counsel of record in the above-styled matter on their behalf:

    Andrew Kalamarides
    Texas State Bar No. 24136939
    AKalamarides@perkinscoie.com
    **PERKINS COIE LLP**
    405 Colorado Street, Suite 1700
    Austin, Texas 78701
    Tel: (737) 256-6100
    Facsimile: (737) 256-6300

Dated: February 12, 2025  Respectfully submitted,

/s/: *Andrew Kalamarides*
M. Craig Tyler (Lead Attorney)
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Janice L. Ta
Texas State Bar No. 24075138
JTa@perkinscoie.com
Andrew Kalamarides
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns
Texas State Bar No. 24143961
HBurns@perkinscoie.com
**PERKINS COIE LLP**
405 Colorado St., Suite 1700
Austin, Texas 78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300

**ATTORNEYS FOR PLAINTIFF
MYCHOICE, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon all counsel of record, via the Court's CM/ECF system on February 12, 2025

                                            */s/: Andrew Kalamarides*
                                            Andrew Kalamarides