# Exhibit A



# Microsoft
# Computer Dictionary
## Fifth Edition



- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!

OVER 10,000 ENTRIES

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
         p. cm.
    ISBN 0-7356-1495-4
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

   AQ76.5. M52267    2002
   004'.03--dc21                                                                        200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**real-mode mapper** *n.* An enhancement for Windows 3.*x* systems that allows 32-bit file system access. The real-mode mapper provides a 32-bit disk access interface to the DOS device driver chain. *Acronym:* RMM.

**real number** *n.* **1.** A number that can be represented in a number system with a given base, such as the decimal system, by a finite or infinite sequence of digits and a radix point. For example, 1.1 is a real number, as is 0.33333.... *See also* irrational number. *Compare* complex number, imaginary number. **2.** A data type, in a programming language such as Pascal, that is used for storing, to some limit of precision, values that include both integer and fractional parts. *See also* double-precision, single-precision. *Compare* floating-point number, integer.

**RealPlayer** *n.* An Internet media player and browser plug-in developed by RealNetworks, Inc., that supports playback of RealAudio and RealVideo, as well as certain other formats, after installation of appropriate plug-ins. The current version allows RealPlayer users to surf for media content directly from the player or through a Web browser. *See also* RealAudio, RealVideo.

**Real Soon Now** *adv.* Soon, but not really expected to be as soon as claimed. One might say, for example, that a commercial program will have some desired feature Real Soon Now if several versions ago the vendor knew of the need for the feature and has done nothing. *Acronym:* RSN.

**real storage** *n.* The amount of RAM memory in a system, as distinguished from virtual memory. *Also called:* physical memory, physical storage. *See also* virtual memory.

**RealSystem G2** *n.* An open, standards-based platform for delivery of streaming audio and video over the Internet and other TCP/IP networks developed by RealNetworks, Inc. RealSystem G2 was introduced by RealNetworks in its audio and video players, servers, and development tools in 1998. Among other features, RealSystem G2 scales to different bandwidths, includes streaming that adjusts delivery to available bandwidth, and supports SMIL (Synchronized Multimedia Integration Language) for multimedia presentations. *See also* RealPlayer, RealVideo, SMIL, streaming.

**RealSystem Producer** *n.* A software application developed by RealNetworks that converts most types of video and sound files into RealMedia formats for use as streaming media over the Internet or within a corporate intranet.

**RealSystem Server** *n.* Software developed by RealNetworks to enable a server to broadcast streaming media. Several versions of RealSystem Server are available, designed to meet needs ranging from small intranet servers to large proxy servers.

**real-time** *adj.* Of, or relating to, a time frame imposed by external constraints. Real-time operations are those in which the machine's activities match the human perception of time or those in which computer operations proceed at the same rate as a physical or external process. Real-time operations are characteristic of aircraft guidance systems, transaction-processing systems, scientific applications, and other areas in which a computer must respond to situations as they occur (for example, animating a graphic in a flight simulator or making corrections based on measurements).

**real-time animation** *n.* Computer animation in which images are computed and updated on the screen at the same rate at which the objects simulated might move in the real world. Real-time animation allows dynamic involvement by the user because the computer can accept and incorporate keystrokes or controller movements as it is drawing the next image in the animation sequence. Arcade-style animation (such as in a flight simulator program) makes use of real-time animation in translating game plays into on-screen actions. In contrast, in animation done in virtual time, image frames are first calculated and stored and later replayed at a higher rate to achieve smoother movement. *See also* animation, bit block.

**real-time clock** *n.* In PCs, a circuit or other hardware element that provides the system with real-world time. Upon startup of the system, the real-time clock puts the date and time in memory, where it can then be systematically incremented by the BIOS. A real-time clock generally has a battery that is separate from the rest of the system, so it's not dependent upon the system's power source. This is not the same thing as a system clock, which synchronizes the processor. *Acronym:* RTC. *See also* clock (definition 2).

**real-time conferencing** *n.* *See* teleconferencing.

R