**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MYCHOICE, LLC., <br><br>         Plaintiff, <br><br>    v. <br><br> TAIV, INC., <br><br>         Defendant. | **C.A. No. 2:23-cv-00507-JRG-RSP** |

**JOINT CLAIM CONSTRUCTION CHART
PURSUANT TO LOCAL PATENT RULE 4-5(d)**

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order (ECF No. 31),

Plaintiff MyChoice, LLC ("MyChoice") and Defendant Taiv, Inc. ("Taiv") jointly submit this Joint

Claim Construction Chart attached hereto as Exhibit A.

Dated: March 19, 2025

Respectfully submitted,


*/s/ M. Craig Tyler*
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Andrew Kalamarides
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns
Texas State Bar No. 24143961
HBurns@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Tel: (737) 256-6100


*Attorneys for Plaintiff
MyChoice, LLC*

*/s/ Phillip Haack*
Ryan Marton (CA 223979, admitted E.D. Tex.)
Hector Ribera (CA 221511, admitted E.D. Tex.)
Phillip Haack(CA 262060, admitted E.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:     (415) 360-2515
Email: ryan@martonribera.com
       hector@martonribera.com
       phaack@martonribera.com

*Attorneys for Defendant Taiv, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon all counsel of record, via the Court's CM/ECF system on March 19, 2025

*/s/: M. Craig Tyler*
M. Craig Tyler

# EXHIBIT A

**AGREED CONSTRUCTIONS**

| Agreed Term and Asserted Claim(s) Containing Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|
| "user preference . . . associated with the user" (Claims 1, 13) | [AGREED] | [AGREED] | No construction necessary other than included terms otherwise construed |

## DISPUTED CONSTRUCTIONS

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| Preambles of Claims 1, 9, and 13 | 1. **A method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:**<br><br>detecting in real-time, by a monitoring station, the undesirable content in the first media stream, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database;<br><br>selecting substitute content, by the monitoring station, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability;<br><br>responsive to detecting in real-time the | No construction necessary; preamble not limiting. | Preambles are limiting. | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | undesirable content in the first media stream, transmitting, from the monitoring station, a first trigger signal, and directing the output device to a second media stream containing the substitute content; | | | |
| | further responsive to detecting in real-time the undesirable content in the first media stream, configuring, in the system database, an undesirable content attribute and associating the undesirable content attribute with the first media stream; | | | |
| | wherein the output device switches from the first media stream to the second media stream in response to the first trigger signal; | | | |
| | after transmitting the first trigger signal, monitoring, by the monitoring station, the first media stream for an end to the undesirable content; | | | |
| | responsive to detecting the end to the undesirable content in the first media stream, transmitting, from the monitoring station, a second trigger signal to the output device; | | | |
| | further responsive to detecting the end to the undesirable content in the first media stream, changing, in the system database, the undesirable content attribute associated with the first media stream; and, | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | wherein the output device switches from the second media stream to the first media stream in response to the second trigger signal.<br><br>9. **An article comprising a tangible medium that is not a transitory propagating signal encoding computer-readable instructions that, when applied to a computer system, instruct the computer system to perform a method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:**<br><br>communicating to a monitoring station a user preference indicating undesirability, the user preference indicating undesirability corresponding to the undesirable content;<br><br>receiving a first trigger signal from the monitoring station after the undesirable content corresponding to the user preference indicating undesirability is detected in real-time in the first media stream by the monitoring station and concurrent with an undesirable content attribute being associated with the first media stream and stored in the system database;<br><br>responsive to receiving the first trigger signal, signaling the output device to switch from the | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | first media stream to a second media stream containing substitute content, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability; | | | |
| | receiving a second trigger signal from the monitoring station after an end to the undesirable content in the first media stream is detected by the monitoring station and concurrent with changing, in the system database, the undesirable content attribute associated with the first media stream; and, | | | |
| | responsive to receiving the second trigger signal, signaling the output device to switch from the second media stream to the first media stream. | | | |
| | 13. **An output device which transmits media to a display viewable by a user, the output device comprising:** | | | |
| | a network interface in communication with a monitoring station; | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | wherein the network interface receives a first media stream containing primary content having a primary content attribute; | | | |
| | wherein the output device transmits the first media stream to the display; | | | |
| | wherein the network interface receives, from the monitor station, responsive to the monitor station detecting in real-time undesirable content in the first media stream, a first trigger signal and a second media stream containing substitute content, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database, an undesirable content attribute associated with the first media stream and stored in the system database, and wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability; | | | |
| | wherein the output device switches the media being transmitted to the display from the first | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | media stream to the second media stream in response to the first trigger signal;<br><br>wherein the network interface receives, from the monitor station, responsive to the monitor station detecting an end to the undesirable content in the first media stream, a second trigger signal, wherein the undesirable content attribute associated with the first media stream and stored in the system database is changed; and,<br><br>wherein the output device switches the media being transmitted to the display from the second media stream to the first media stream in response to the second trigger signal. | | | |
| "user" (claims 1, 9, 13) | 1. A method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a **user**, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:<br><br>detecting in real-time, by a monitoring station, the undesirable content in the first media stream, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the **user** and stored in a system database;<br><br>selecting substitute content, by the monitoring | No construction necessary; plain and ordinary meaning. | "a person watching the display" | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | station, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability; responsive to detecting in real-time the undesirable content in the first media stream, transmitting, from the monitoring station, a first trigger signal, and directing the output device to a second media stream containing the substitute content; further responsive to detecting in real-time the undesirable content in the first media stream, configuring, in the system database, an undesirable content attribute and associating the undesirable content attribute with the first media stream; wherein the output device switches from the first media stream to the second media stream in response to the first trigger signal; after transmitting the first trigger signal, monitoring, by the monitoring station, the first media stream for an end to the undesirable | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | content; | | | |
| | responsive to detecting the end to the undesirable content in the first media stream, transmitting, from the monitoring station, a second trigger signal to the output device; | | | |
| | further responsive to detecting the end to the undesirable content in the first media stream, changing, in the system database, the undesirable content attribute associated with the first media stream; and, | | | |
| | wherein the output device switches from the second media stream to the first media stream in response to the second trigger signal. | | | |
| | 9. An article comprising a tangible medium that is not a transitory propagating signal encoding computer-readable instructions that, when applied to a computer system, instruct the computer system to perform a method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a **user**, the first media stream containing primary content having a primary content attribute, the method comprising the steps of: | | | |
| | communicating to a monitoring station a user preference indicating undesirability, the user preference indicating undesirability | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | corresponding to the undesirable content;<br><br>receiving a first trigger signal from the monitoring station after the undesirable content corresponding to the user preference indicating undesirability is detected in real-time in the first media stream by the monitoring station and concurrent with an undesirable content attribute being associated with the first media stream and stored in the system database;<br><br>responsive to receiving the first trigger signal, signaling the output device to switch from the first media stream to a second media stream containing substitute content, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability;<br><br>receiving a second trigger signal from the monitoring station after an end to the undesirable content in the first media stream is detected by the monitoring station and concurrent with changing, in the system database, the undesirable content attribute associated with the first media | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | stream; and, <br><br> responsive to receiving the second trigger signal, signaling the output device to switch from the second media stream to the first media stream. <br><br> 13. An output device which transmits media to a display viewable by a **user**, the output device comprising: <br><br> a network interface in communication with a monitoring station; <br><br> wherein the network interface receives a first media stream containing primary content having a primary content attribute; <br><br> wherein the output device transmits the first media stream to the display; <br><br> wherein the network interface receives, from the monitor station, responsive to the monitor station detecting in real-time undesirable content in the first media stream, a first trigger signal and a second media stream containing substitute content, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the **user** and stored in a system database, an undesirable content attribute associated with the first media stream and stored in the system database, and wherein the substitute content has a plurality of substitute | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability;<br><br>wherein the output device switches the media being transmitted to the display from the first media stream to the second media stream in response to the first trigger signal;<br><br>wherein the network interface receives, from the monitor station, responsive to the monitor station detecting an end to the undesirable content in the first media stream, a second trigger signal, wherein the undesirable content attribute associated with the first media stream and stored in the system database is changed; and,<br><br>wherein the output device switches the media being transmitted to the display from the second media stream to the first media stream in response to the second trigger signal. | | | |
| "user preference" (claims 1, 4, 5, 8-13) | 1. A method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display | No construction necessary; plain | "likes and dislikes of the user" | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:<br><br>detecting in real-time, by a monitoring station, the undesirable content in the first media stream, wherein the undesirable content corresponds to a **user preference** indicating undesirability, the **user preference** indicating undesirability associated with the user and stored in a system database;<br><br>selecting substitute content, by the monitoring station, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first **user preference** indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second **user preference** indicating desirability;<br><br>responsive to detecting in real-time the undesirable content in the first media stream, transmitting, from the monitoring station, a first trigger signal, and directing the output device to a second media stream containing the substitute content;<br><br>further responsive to detecting in real-time the | and ordinary meaning. | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | undesirable content in the first media stream, configuring, in the system database, an undesirable content attribute and associating the undesirable content attribute with the first media stream; | | | |
| | wherein the output device switches from the first media stream to the second media stream in response to the first trigger signal; | | | |
| | after transmitting the first trigger signal, monitoring, by the monitoring station, the first media stream for an end to the undesirable content; | | | |
| | responsive to detecting the end to the undesirable content in the first media stream, transmitting, from the monitoring station, a second trigger signal to the output device; | | | |
| | further responsive to detecting the end to the undesirable content in the first media stream, changing, in the system database, the undesirable content attribute associated with the first media stream; and, | | | |
| | wherein the output device switches from the second media stream to the first media stream in response to the second trigger signal. | | | |
| | 4. The method of claim 1, further including: | | | |
| | storing, in the system database, a directory of | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | substitute content attributes and a directory of substitute content, each member of the directory of substitute content associated with at least one member of the directory of substitute content attributes; | | | |
| | associating, by the monitoring station, at least one member of the directory of substitute content attributes with the primary content attribute; and, | | | |
| | analyzing, by the monitoring station, the at least one member of the directory of substitute content attributes associated with the primary content attribute for correspondence to a **user preference**. | | | |
| | 5. The method of claim 1, further including: | | | |
| | soliciting a **user preference** corresponding to the substitute content. | | | |
| | 8. The method of claim 1, further including: after transmitting the first trigger signal, monitoring, by the monitoring station, the second media stream for another undesirable content corresponding to a **user preference.** | | | |
| | 9. An article comprising a tangible medium that is not a transitory propagating signal encoding computer-readable instructions that, when applied to a computer system, instruct the computer system to perform a method of replacing undesirable content in a first media stream being | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of: <br><br> communicating to a monitoring station a **user preference** indicating undesirability, the **user preference** indicating undesirability corresponding to the undesirable content; <br><br> receiving a first trigger signal from the monitoring station after the undesirable content corresponding to the **user preference** indicating undesirability is detected in real-time in the first media stream by the monitoring station and concurrent with an undesirable content attribute being associated with the first media stream and stored in the system database; <br><br> responsive to receiving the first trigger signal, signaling the output device to switch from the first media stream to a second media stream containing substitute content, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first **user preference** indicating desirability, and at least one of the plurality of substitute content attributes directly | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | associated with a second **user preference** indicating desirability; receiving a second trigger signal from the monitoring station after an end to the undesirable content in the first media stream is detected by the monitoring station and concurrent with changing, in the system database, the undesirable content attribute associated with the first media stream; and, responsive to receiving the second trigger signal, signaling the output device to switch from the second media stream to the first media stream. 10. The article according to claim 9, wherein the method further comprises: communicating to the monitoring station a **user preference** corresponding to the substitute content. 11. The article according to claim 10, wherein the method further comprises: receiving a third trigger signal from the monitoring station after the **user preference** corresponding to the substitute content is received by the monitoring station; and, responsive to receiving the third trigger signal, signaling the output device to switch from the second media stream to a third media stream. | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | 12. The article according to claim 9, wherein the method further comprises:<br><br>after transmitting the first trigger signal, monitoring, by the monitoring station, the second media stream for another undesirable content corresponding to a **user preference.**<br><br>13. An output device which transmits media to a display viewable by a user, the output device comprising:<br><br>a network interface in communication with a monitoring station;<br><br>wherein the network interface receives a first media stream containing primary content having a primary content attribute;<br><br>wherein the output device transmits the first media stream to the display;<br><br>wherein the network interface receives, from the monitor station, responsive to the monitor station detecting in real-time undesirable content in the first media stream, a first trigger signal and a second media stream containing substitute content, wherein the undesirable content corresponds to a **user preference** indicating undesirability, the **user preference** indicating undesirability associated with the user and stored in a system database, an undesirable content attribute associated with the first media stream | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | and stored in the system database, and wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first **user preference** indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second **user preference** indicating desirability; wherein the output device switches the media being transmitted to the display from the first media stream to the second media stream in response to the first trigger signal; wherein the network interface receives, from the monitor station, responsive to the monitor station detecting an end to the undesirable content in the first media stream, a second trigger signal, wherein the undesirable content attribute associated with the first media stream and stored in the system database is changed; and, wherein the output device switches the media being transmitted to the display from the second media stream to the first media stream in response to the second trigger signal. | | | |
| "detecting in real-time" / "detected in | 1. A method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display | No construction necessary; plain | "without perceptual delay | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| real time" (claims 1, 9, 13) | viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:<br><br>**detecting in real-time**, by a monitoring station, the undesirable content in the first media stream, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database;<br><br>selecting substitute content, by the monitoring station, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability;<br><br>responsive to **detecting in real-time** the undesirable content in the first media stream, transmitting, from the monitoring station, a first trigger signal, and directing the output device to a second media stream containing the substitute content;<br><br>further responsive to **detecting in real-time** the undesirable content in the first media stream, | and ordinary meaning. | from the user's perspective" | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | configuring, in the system database, an undesirable content attribute and associating the undesirable content attribute with the first media stream; | | | |
| | wherein the output device switches from the first media stream to the second media stream in response to the first trigger signal; | | | |
| | after transmitting the first trigger signal, monitoring, by the monitoring station, the first media stream for an end to the undesirable content; | | | |
| | responsive to detecting the end to the undesirable content in the first media stream, transmitting, from the monitoring station, a second trigger signal to the output device; | | | |
| | further responsive to detecting the end to the undesirable content in the first media stream, changing, in the system database, the undesirable content attribute associated with the first media stream; and, | | | |
| | wherein the output device switches from the second media stream to the first media stream in response to the second trigger signal. | | | |
| | 9. An article comprising a tangible medium that is not a transitory propagating signal encoding computer-readable instructions that, when applied to a computer system, instruct the computer | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | system to perform a method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:<br><br>communicating to a monitoring station a user preference indicating undesirability, the user preference indicating undesirability corresponding to the undesirable content;<br><br>receiving a first trigger signal from the monitoring station after the undesirable content corresponding to the user preference indicating undesirability is **detected in real-time** in the first media stream by the monitoring station and concurrent with an undesirable content attribute being associated with the first media stream and stored in the system database;<br><br>responsive to receiving the first trigger signal, signaling the output device to switch from the first media stream to a second media stream containing substitute content, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability; | | | |
| | receiving a second trigger signal from the monitoring station after an end to the undesirable content in the first media stream is detected by the monitoring station and concurrent with changing, in the system database, the undesirable content attribute associated with the first media stream; and, | | | |
| | responsive to receiving the second trigger signal, signaling the output device to switch from the second media stream to the first media stream. | | | |
| | 13. An output device which transmits media to a display viewable by a user, the output device comprising: | | | |
| | a network interface in communication with a monitoring station; | | | |
| | wherein the network interface receives a first media stream containing primary content having a primary content attribute; | | | |
| | wherein the output device transmits the first media stream to the display; | | | |
| | wherein the network interface receives, from the monitor station, responsive to the monitor station | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | **detecting in real-time** undesirable content in the first media stream, a first trigger signal and a second media stream containing substitute content, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database, an undesirable content attribute associated with the first media stream and stored in the system database, and wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability;<br><br>wherein the output device switches the media being transmitted to the display from the first media stream to the second media stream in response to the first trigger signal;<br><br>wherein the network interface receives, from the monitor station, responsive to the monitor station detecting an end to the undesirable content in the first media stream, a second trigger signal, wherein the undesirable content attribute | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | associated with the first media stream and stored in the system database is changed; and, <br><br> wherein the output device switches the media being transmitted to the display from the second media stream to the first media stream in response to the second trigger signal. | | | |
| "content attribute(s)" (claims 1, 3, 4, 6, 9, 13) | 1. A method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary **content attribute**, the method comprising the steps of: <br><br> detecting in real-time, by a monitoring station, the undesirable content in the first media stream, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database; <br><br> selecting substitute content, by the monitoring station, wherein the substitute content has a plurality of substitute **content attributes**, at least one of the plurality of substitute **content attributes** associated with the primary **content attribute** and the primary **content attribute** associated with a first user preference indicating | No construction necessary; plain and ordinary meaning. | "attribute descriptive of a characteristic of content" | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | desirability, and at least one of the plurality of substitute **content attributes** directly associated with a second user preference indicating desirability; responsive to detecting in real-time the undesirable content in the first media stream, transmitting, from the monitoring station, a first trigger signal, and directing the output device to a second media stream containing the substitute content; further responsive to detecting in real-time the undesirable content in the first media stream, configuring, in the system database, an undesirable **content attribute** and associating the undesirable **content attribute** with the first media stream; wherein the output device switches from the first media stream to the second media stream in response to the first trigger signal; after transmitting the first trigger signal, monitoring, by the monitoring station, the first media stream for an end to the undesirable content; responsive to detecting the end to the undesirable content in the first media stream, transmitting, from the monitoring station, a second trigger signal to the output device; | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | further responsive to detecting the end to the undesirable content in the first media stream, changing, in the system database, the undesirable **content attribute** associated with the first media stream; and,<br><br>wherein the output device switches from the second media stream to the first media stream in response to the second trigger signal.<br><br>3. The method of claim 1, further including:<br><br>assigning, by the monitoring station, a substitute **content attribute** to the substitute content and storing the substitute **content attribute** in the system database.<br><br>4. The method of claim 1, further including:<br><br>storing, in the system database, a directory of substitute **content attributes** and a directory of substitute content, each member of the directory of substitute content associated with at least one member of the directory of substitute **content attributes**;<br><br>associating, by the monitoring station, at least one member of the directory of substitute **content attributes** with the primary **content attribute**; and,<br><br>analyzing, by the monitoring station, the at least one member of the directory of substitute **content** | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | **attributes** associated with the primary **content attribute** for correspondence to a user preference.<br><br>6. The method of claim 1 wherein the at least one of the plurality of substitute **content attributes** associated with the primary **content attribute** is one of an event attribute, a location attribute, a genre attribute, a temporal attribute, a participant attribute, a keyword attribute, an image attribute, and combinations thereof.<br><br>9. An article comprising a tangible medium that is not a transitory propagating signal encoding computer-readable instructions that, when applied to a computer system, instruct the computer system to perform a method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary **content attribute**, the method comprising the steps of:<br><br>communicating to a monitoring station a user preference indicating undesirability, the user preference indicating undesirability corresponding to the undesirable content;<br><br>receiving a first trigger signal from the monitoring station after the undesirable content corresponding to the user preference indicating undesirability is detected in real-time in the first | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | media stream by the monitoring station and concurrent with an undesirable **content attribute** being associated with the first media stream and stored in the system database; responsive to receiving the first trigger signal, signaling the output device to switch from the first media stream to a second media stream containing substitute content, wherein the substitute content has a plurality of substitute **content attributes**, at least one of the plurality of substitute **content attributes** associated with the primary **content attribute** and the primary **content attribute** associated with a first user preference indicating desirability, and at least one of the plurality of substitute **content attributes** directly associated with a second user preference indicating desirability; receiving a second trigger signal from the monitoring station after an end to the undesirable content in the first media stream is detected by the monitoring station and concurrent with changing, in the system database, the undesirable **content attribute** associated with the first media stream; and, responsive to receiving the second trigger signal, signaling the output device to switch from the second media stream to the first media stream. | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | 13. An output device which transmits media to a display viewable by a user, the output device comprising:<br><br>a network interface in communication with a monitoring station;<br><br>wherein the network interface receives a first media stream containing primary content having a primary **content attribute**;<br><br>wherein the output device transmits the first media stream to the display;<br><br>wherein the network interface receives, from the monitor station, responsive to the monitor station detecting in real-time undesirable content in the first media stream, a first trigger signal and a second media stream containing substitute content, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database, an undesirable **content attribute** associated with the first media stream and stored in the system database, and wherein the substitute content has a plurality of substitute **content attributes**, at least one of the plurality of substitute **content attributes** associated with the primary **content attribute** and the primary **content attribute** associated with a first user preference indicating desirability, and at least one | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | of the plurality of substitute **content attributes** directly associated with a second user preference indicating desirability; | | | |
| | wherein the output device switches the media being transmitted to the display from the first media stream to the second media stream in response to the first trigger signal; | | | |
| | wherein the network interface receives, from the monitor station, responsive to the monitor station detecting an end to the undesirable content in the first media stream, a second trigger signal, wherein the undesirable **content attribute** associated with the first media stream and stored in the system database is changed; and, | | | |
| | wherein the output device switches the media being transmitted to the display from the second media stream to the first media stream in response to the second trigger signal. | | | |
| "monitor station" / "monitoring station" (claims 1-4, 8-14) | 1. A method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first media stream containing primary content having a primary content attribute, the method comprising the steps of:<br><br>detecting in real-time, by a **monitoring station**, the undesirable content in the first media stream, | No construction necessary; plain and ordinary meaning. | "device that monitors the media stream and sends trigger signals to the output device" | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database;<br><br>selecting substitute content, by the **monitoring station**, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability;<br><br>responsive to detecting in real-time the undesirable content in the first media stream, transmitting, from the **monitoring station**, a first trigger signal, and directing the output device to a second media stream containing the substitute content;<br><br>further responsive to detecting in real-time the undesirable content in the first media stream, configuring, in the system database, an undesirable content attribute and associating the undesirable content attribute with the first media stream;<br><br>wherein the output device switches from the first media stream to the second media stream in | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | response to the first trigger signal;<br><br>after transmitting the first trigger signal, monitoring, by the **monitoring station**, the first media stream for an end to the undesirable content;<br><br>responsive to detecting the end to the undesirable content in the first media stream, transmitting, from the **monitoring station**, a second trigger signal to the output device;<br><br>further responsive to detecting the end to the undesirable content in the first media stream, changing, in the system database, the undesirable content attribute associated with the first media stream; and,<br><br>wherein the output device switches from the second media stream to the first media stream in response to the second trigger signal.<br><br>2. The method of claim 1, further including:<br><br>prior to transmitting the first trigger signal, monitoring, by the **monitoring station**, the first media stream for the undesirable content.<br><br>3. The method of claim 1, further including:<br><br>assigning, by the **monitoring station**, a substitute content attribute to the substitute content and storing the substitute content attribute in the system database. | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | 4. The method of claim 1, further including:<br><br>storing, in the system database, a directory of substitute content attributes and a directory of substitute content, each member of the directory of substitute content associated with at least one member of the directory of substitute content attributes;<br><br>associating, by the **monitoring station**, at least one member of the directory of substitute content attributes with the primary content attribute; and,<br><br>analyzing, by the **monitoring station**, the at least one member of the directory of substitute content attributes associated with the primary content attribute for correspondence to a user preference.<br><br>8. The method of claim 1, further including: after transmitting the first trigger signal, monitoring, by the **monitoring station**, the second media stream for another undesirable content corresponding to a user preference.<br><br>9. An article comprising a tangible medium that is not a transitory propagating signal encoding computer-readable instructions that, when applied to a computer system, instruct the computer system to perform a method of replacing undesirable content in a first media stream being received by an output device which transmits media to a display viewable by a user, the first | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | media stream containing primary content having a primary content attribute, the method comprising the steps of: communicating to a **monitoring station** a user preference indicating undesirability, the user preference indicating undesirability corresponding to the undesirable content; receiving a first trigger signal from the **monitoring station** after the undesirable content corresponding to the user preference indicating undesirability is detected in real-time in the first media stream by the **monitoring station** and concurrent with an undesirable content attribute being associated with the first media stream and stored in the system database; responsive to receiving the first trigger signal, signaling the output device to switch from the first media stream to a second media stream containing substitute content, wherein the substitute content has a plurality of substitute content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability; | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | receiving a second trigger signal from the **monitoring station** after an end to the undesirable content in the first media stream is detected by the **monitoring station** and concurrent with changing, in the system database, the undesirable content attribute associated with the first media stream; and, responsive to receiving the second trigger signal, signaling the output device to switch from the second media stream to the first media stream. 10. The article according to claim 9, wherein the method further comprises: communicating to the **monitoring station** a user preference corresponding to the substitute content. 11. The article according to claim 10, wherein the method further comprises: receiving a third trigger signal from the **monitoring station** after the user preference corresponding to the substitute content is received by the **monitoring station**; and, responsive to receiving the third trigger signal, signaling the output device to switch from the second media stream to a third media stream. 12. The article according to claim 9, wherein the method further comprises: | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | after transmitting the first trigger signal, monitoring, by the **monitoring station**, the second media stream for another undesirable content corresponding to a user preference.<br><br>13. An output device which transmits media to a display viewable by a user, the output device comprising:<br><br>a network interface in communication with a **monitoring station**;<br><br>wherein the network interface receives a first media stream containing primary content having a primary content attribute;<br><br>wherein the output device transmits the first media stream to the display;<br><br>wherein the network interface receives, from the **monitor station**, responsive to the **monitor station** detecting in real-time undesirable content in the first media stream, a first trigger signal and a second media stream containing substitute content, wherein the undesirable content corresponds to a user preference indicating undesirability, the user preference indicating undesirability associated with the user and stored in a system database, an undesirable content attribute associated with the first media stream and stored in the system database, and wherein the substitute content has a plurality of substitute | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | content attributes, at least one of the plurality of substitute content attributes associated with the primary content attribute and the primary content attribute associated with a first user preference indicating desirability, and at least one of the plurality of substitute content attributes directly associated with a second user preference indicating desirability; <br><br> wherein the output device switches the media being transmitted to the display from the first media stream to the second media stream in response to the first trigger signal; <br><br> wherein the network interface receives, from the **monitor station**, responsive to the **monitor station** detecting an end to the undesirable content in the first media stream, a second trigger signal, wherein the undesirable content attribute associated with the first media stream and stored in the system database is changed; and, <br><br> wherein the output device switches the media being transmitted to the display from the second media stream to the first media stream in response to the second trigger signal. <br><br> 14. The output device according to claim 13, wherein: <br><br> the network interface receives a third trigger signal from the **monitoring station**, responsive to | | | |

| Disputed Term and Asserted Claim(s) Containing Term | Claim Language with Disputed Terms in Bold | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|
| | a user input corresponding to the substitute content; and, <br><br> the output device switches the media being transmitted to the display from the second media stream to a third media stream in response to the third trigger signal. | | | |