# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC | § | |
| | § | |
| v. | § | Case No. 2:23-CV-0507-JRG-RSP |
| | § | |
| TAIV, INC. | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**April 2, 2025**

**OPEN: 1:44 pm**                                                          **ADJOURN: 2:48 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Craig Tyler |
| | Andrew Kalamarides |
| | Helena Burns |
| ATTORNEY FOR DEFENDANT: | Phil Haack |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Craig Tyler introduced co-counsel and announced ready. Phil Haack announced ready.

The Court heard argument on a term-by-term basis. Andrew Kalamarides and Helena Burns presented argument on behalf of Plaintiff. Phil Haack presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.