# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC, and BARBOARDS, LLC | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-507-JRG-RSP |
| TAIV, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiffs MyChoice, LLC and BarBoards, LLC's Unopposed Motion to Extend Deadline to Respond to Defendant Taiv, Inc.'s Answer, Affirmative Defenses, and Counterclaims. **Dkt. No. 66.** After consideration, and noting its unopposed nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Plainitffs' deadline to file a response to Defendant's Answer, Affirmative Defenses, and Counterclaims is extended to June 11, 2025.

**SIGNED this 20th day of May, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE