IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and BARBOARDS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>TAIV, INC.,<br><br>  Defendant. | Civil Action No. 2:23-cv-00507-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiffs MyChoice, LLC ("MyChoice") and BarBoards, LLC ("BarBoards") (collectively, "Plaintiffs") and Defendant Taiv, Inc. ("Taiv") by and through their respective attorneys of record, hereby submit this Joint Motion to Amend the Docket Control Order (ECF No. 61) (the "DCO") for good cause shown herein.

**I.    BACKGROUND**

MyChoice filed this action against Taiv on November 2, 2023, alleging infringement of U.S. Patent No. 10,708,658, and on April 22, 2025, filed its Amended Complaint alleging the same, adding BarBoards as a plaintiff. On April 18, 2025, the Parties jointly moved to amend the DCO to permit additional time for discovery, which was granted and entered on April 28, 2025.

Since the entry of the DCO, the Parties have continued to diligently conduct fact discovery. As the parties have engaged in depositions, additional documents (including source code) have been identified by both parties that had not been produced but should be included in discovery, and such documents and source code have since been made available. After meet and confer discussions, and the parties agreed that an extension of expert deadlines and dispositive motions

would afford the parties the ability to complete relevant discovery while avoiding any undue prejudice.

## II. GOOD CAUSE EXISTS TO MODIFY THE DOCKET CONTROL ORDER

Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). When determining whether good cause exists for a requested modification under Rule 16(b)(4), a court considers (1) any potential prejudice in allowing the amendment; (2) whether a continuance would cure this prejudice; (3) the importance of the requested amendment; and (4) the explanation for the failure to timely move for leave to amend. *S&W Enters., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 536 (5th Cir. 2003).

The absence of any potential prejudice from modifying the schedule weighs in favor of finding good cause. The parties have met and conferred and mutually agree that a modification of the case schedule would benefit all parties. Specifically, an extension of the relevant deadlines would allow the parties to further explore discovery into recently discovered source code. Furthermore, because the parties have jointly agreed to modify the schedule any potential prejudice is eliminated. The importance of the proposed modification also weighs in favor of good cause. The additional requested time would permit the parties to timely prepare expert reports and dispositive motions and mitigate any prejudice caused by the inability to complete relevant discovery. Finally, this Motion is timely in that the Parties do not seek to amend past deadlines but instead seek an additional two weeks with respect to some of the future deadlines. Finally, the parties do not seek to move the trial date nor the pretrial conference date currently on the Court's schedule

Accordingly, for good cause shown, the Parties jointly request the Court modify the existing discovery and pretrial deadlines as follows:

| Current Date | Proposed Date | Event |
| --- | --- | --- |
| November 17, 2025 | Unchanged | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| 7 days before Jury Selection | Unchanged | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses. |
| 10 days before Jury Selection | Unchanged | *Plaintiff to disclose final election of Asserted Claims. |
| October 20, 2025 | Unchanged | *If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| October 7, 2025 | Unchanged | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| September 29, 2025 | Unchanged | *Notify Court of Agreements Reached During Meet and Confer.<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| September 23, 2025 | Unchanged | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. |
| September 29, 2025 | Unchanged | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party |

| | | or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
|---|---|---|
| September 9, 2025 | Unchanged | File Motions *in Limine*.<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| September 9, 2025 | Unchanged | Serve Objections to Rebuttal Pretrial Disclosures |
| September 2, 2025 | Unchanged | Serve Objections to Pretrial Disclosures, and Serve Rebuttal Pretrial Disclosures |
| August 19, 2025 | Unchanged | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| August 25, 2025 | September 8, 2025 | *Response to Dispositive Motions (including *Daubert* Motions).  Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| August 11, 2025 | August 25, 2025 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| August 11, 2025 | August 25, 2025 | *File Dispositive Motions |

|  |  | No dispositive motion may be filed after this date without leave of the Court. Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| --- | --- | --- |
| August 4, 2025 | August 18, 2025 | Deadline to Complete Expert Discovery |
| July 21, 2025 | August 4, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| June 30, 2025 | July 14, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| June 18, 2025 | Unchanged | Deadline to Complete Fact Discovery and File Motions to Compel Discovery. |

WHEREFORE, the parties respectfully move the Court to amend the DCO as set forth above.

Dated: June 11, 2025

Respectfully submitted,

*/s/ M. Craig Tyler*
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Andrew Kalamarides
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns
Texas State Bar No. 24143961
HBurns@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701

Matthew Lutz (admitted pro hac vice)
Arizona State Bar No. 038546
MLutz@perkinscoie.com
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227

*Attorneys for Plaintiffs MyChoice, LLC and BarBoards, LLC.*

Respectfully submitted,

*/s/ Ryan Morton*
Ryan Marton (CA 223979, admitted E.D. Tex.)
Hector Ribera (CA 221511, admitted E.D. Tex.)
Phillip Haack (CA 262060, admitted E.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
hector@martonribera.com
phaack@martonribera.com

*Attorneys for Defendant Taiv, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiffs conferred with counsel for Defendant on June 11, 2025, and both agreed with the substance of the motion, and that it should be filed jointly.

*/s/ M. Craig Tyler*
M. Craig Tyler

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon all counsel of record, via the Court's CM/ECF system on June 11, 2025.

*/s/ M. Craig Tyler*
M. Craig Tyler
