# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and BARBOARDS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>TAIV, INC.<br><br>Defendant. | Civil Action No. 2:23-cv-00507-JRG-RSP |

## DOCKET CONTROL ORDER

The Court, having reviewed and considered the Joint Motion to Amend the Docket Control Order (Dkt. No. 61) filed by Plaintiffs MyChoice, LLC, and BarBoards, LLC, and Defendant Taiv, Inc., **GRANTS** the Motion. It is **ORDERED** that the following schedule of deadlines are in force until further order of the Court.

| Current Date | New Date | Event |
|---|---|---|
| November 17, 2025 | Unchanged | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| 7 days before Jury Selection | Unchanged | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses. |
| 10 days before Jury Selection | Unchanged | *Plaintiff to disclose final election of Asserted Claims. |
| October 20, 2025 | Unchanged | *If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| October 7, 2025 | Unchanged | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |

| September 29, 2025 | Unchanged | *Notify Court of Agreements Reached During Meet and Confer.<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
|---|---|---|
| September 23, 2025 | Unchanged | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. |
| September 29, 2025 | Unchanged | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
| September 9, 2025 | Unchanged | File Motions *in Limine*.<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| September 9, 2025 | Unchanged | Serve Objections to Rebuttal Pretrial Disclosures |
| September 2, 2025 | Unchanged | Serve Objections to Pretrial Disclosures, and Serve Rebuttal Pretrial Disclosures |
| August 19, 2025 | Unchanged | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| | | |
|---|---|---|
| August 25, 2025 | September 8, 2025 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| August 11, 2025 | August 25, 2025 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| August 11, 2025 | August 25, 2025 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| August 4, 2025 | August 18, 2025 | Deadline to Complete Expert Discovery |
| July 21, 2025 | August 4, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| June 30, 2025 | July 14, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| June 18, 2025 | Unchanged | Deadline to Complete Fact Discovery and File Motions to Compel Discovery. |

**SIGNED this 13th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

-3-