IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and <br> BARBOARDS, LLC <br><br> Plaintiffs, <br><br> v. <br><br> TAIV, INC., <br><br> Defendant. | Civil Action No. 2:23-cv-00507-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |
| TAIV, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> MYCHOICE, LLC and <br> BARBOARDS, LLC <br><br> Counterclaim-Defendants. | |

**DECLARATION OF RYAN J. MARTON IN SUPPORT OF DEFENDANT TAIV, INC.'S MOTION TO STRIKE PLAINTIFFS' AMENDED INFRINGEMENT CONTENTIONS**

1

I, Ryan J. Marton, declare as follows:

1. I am a partner with the law firm of Marton Ribera Schumann & Chang LLP, counsel for Taiv, Inc. ("Taiv") in this matter. I have personal knowledge of the facts set forth herein unless otherwise indicated, and if called to testify, I could and would competently testify thereto.

2. On May 15, 2024, in accordance with Patent Local Rule 3-1 and the Court's Scheduling Order, MyChoice provided its Infringement Contentions. A true and correct copy of MyChoice's May 15, 2024 Infringement Contentions is attached as **Exhibit 1**.

3. On December 18, 2024, the parties exchanged proposed construction of claims terms in dispute. A true and correct copy of Taiv's proposed constructions is attached as **Exhibit 2**. A true and correct copy of MyChoice's proposed constructions is attached as **Exhibit 3**.

4. On June 11, 2025, I participated in a meet-and-confer conference with counsel for Plaintiffs BarBoards, LLC and MyChoice, LLC ("Plaintiffs"). During the conference, Plaintiffs raised the issue of "the potential need to amend infringement contentions." A true and correct copy of June 11, 2025 email chain memorializing the discussion is attached as **Exhibit 4** to this Declaration.

5. On June 20, 2025, Plaintiffs again indicated that they intended to amend infringement contentions "given that the local rules allow us to amend after the issuance of the court's claim." On June 23, 2025, Plaintiffs sent a set of proposed infringement contentions and asked if Taiv would consent to the amendments. Plaintiffs argued that the proposed amendments were necessitated by Taiv's production of technical documentation. A true and correct copy of an email string that includes the emails of June 20 and June 23, 2025 is attached as **Exhibit 5**.

6. On June 24, 2025, Taiv responded and explained that the source code for Taiv's accused system has been available for review since August 2024. Thus, Plaintiffs have had the technical information they needed since then and there was no justification for their late proposed amendments. Taiv's June 24, 2025 email is included in the email chain attached as **Exhibit 5**.

7. The parties scheduled a meet and confer for June 25, 2025 to discuss the issue of Plaintiffs' proposed infringement contentions. During the conference, Plaintiffs took the position that because the Court just issued its claim construction order that morning, Plaintiffs would be free to amend contentions. Taiv explained that the local rules permitted service of amended contentions only if the claim construction was "unexpected or unforeseeable" and sent Plaintiffs exemplary relevant caselaw. A copy of the parties' correspondence relating to the June 25, 2025 discussion is included in the email chain attached as **Exhibit 5.**

8. On June 27, 2025, Plaintiffs served their First Amended Infringement Contentions, abandoning the amendments they proposed on June 23, 2025. Plaintiffs indicated that service of their First Amended Infringement Contentions was authorized by the fact that the Court adopted a "construction of the term 'user' that was different from either parties' proposed construction, as well as the Court's tentative constructions." A true and correct copy of Plaintiffs' June 27, 2025 service email is included in the email chain attached as **Exhibit 5**. A true and correct copy of the served First Amended Infringement Contentions as that was attached to the June 27, 2025 service email is attached as **Exhibit 6** and the attached redlines are attached as **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 10th day of July 2025 in San Francisco, California.

<u>/s/ Ryan J. Marton</u><br>
Ryan J. Marton