# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC | § § | |
| v. | § § | Case No. 2:23-CV-0507-JRG-RSP |
| TAIV, INC. | § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 14, 2025**

**OPEN:** 2:01 p.m.                 **ADJOURN:** 2:35 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Travis Underwood |
| | Helena Burns |
| ATTORNEY FOR DEFENDANT: | Deron Dacus |
| | Carolyn Chang |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened.   Case called.   Travis Underwood introduced co-counsel and announced ready. Deron Dacus introduced co-counsel and announced ready.

Carolyn Chang argued Defendant's Motion to Strike Plaintiffs' Amended Infringement Contentions (Dkt. No. 75).   Helena Burns responded.   Court GRANTED the motion.