# EXHIBIT A

| Witness | Affiliation | Will Call / May Call | Taiv's Objections |
|---|---|---|---|
| Richard Theriault | MyChoice | Will Call Live | |
| Daniel Limcher | BarBoards | Will Call Live | |
| Joe McAlexander | Expert witness retained by Plaintiffs | Will Call Live | Subject to pending motion to strike. |
| Jon Kemmerer | Expert witness retained by Plaintiffs | Will Call Live | |
| Noah Palansky | Taiv | May Call Live or By Deposition | Subject to objections to deposition designations. |
| Jordan Davis | Taiv | May Call Live or By Deposition | Subject to objections to deposition designations. |
| Taiv's Corporate Representative | Taiv | May Call Live or By Deposition | Subject to objections to deposition designations. |
| Avi Stoller | Taiv | May Call Live or By Deposition | Subject to objections to deposition designations. |
| Cover 3, LLC's Corporate Representative | Customer of Taiv | May Call by Deposition | Subject to objections to deposition designations. To the extent this witness is within the subpoena power of the Court, they cannot be called via deposition. |
| Y Combinator, LLC's Corporate Representative | Investor of Taiv | May Call by Deposition | Subject to objections to deposition designations. To the extent this witness is within the subpoena power of the Court, they cannot be called via deposition. |