# EXHIBIT B

**Plaintiffs' Deposition Designations**

| Andrew Beckwith – May 6, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 9:6-9 | 401: irrelevant 403: prejudicial | | | |
| 17:25-20:4 | 401: irrelevant 403: prejudicial 702: calls for expert opinion 602 | 20:6-20:12 | P, R, S | |

**Plaintiffs' Deposition Designations**

| Jordan Davis – May 22, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 7:24-9:10 | | | | |
| 12:12-13:16 | | | | |
| 16:4-17:14 | | 17:14-18:20 | | |
| 18:21-19:15 | | 19:16-20:22 | | |
| 20:23-22:1 | | | | |
| 25:23-28:3 | | | | |
| 32:3-21 | | | | |
| 33:12-34:18 | | | | |
| 35:6-37:2 | | 44:23-45:20 | | |
| 38:23-41:12 | | 44:23-45:20 | | |
| 41:20-42:9 | | | | |
| 42:16-19 | | | | |
| 42:24-44:9 | | | | |
| 45:25-47:2 | | | | |
| 47:9-48:3 | | 52:6-25, 180:18-181:11 | | |
| 54:2-10 | | | | |
| 56:2-14 | | | | |
| 56:20-62:17 | 701/702/402/403 | 44:23-45:20, 62:18-23, 62:25-63:1, 71:18-72:2 | | |
| 63:2-68:10 | 701/702/402/403 | 44:23-45:20, 62:18-23, 62:25-63:1, 71:18-72:2 | | |
| 72:9-77:16 | | 44:23-45:20, 52:6-25 | | |
| 78:7-80:5 | | 44:23-45:20, 80:6-10 | | |
| 86:5-87:13 | | 93:19-25 | | |
| 88:9-89:18 | | 44:23-45:20, 89:19-90:11 | | |
| 95:5-97:15 | | | | |
| 98:1-100:8 | | 100:9-106:7 | | |
| 107:15-108:13 | | | | |
| 109:14-114:22 | | 114:23-115:5 | | |
| 115:17-116:23 | | | | |
| 118:12-120:2 | 402/403 | | | |
| 120:13-21 | | | | |
| 123:8-127:15 | | 127:16-25 | | |

**Plaintiffs' Deposition Designations**

| Jordan Davis – May 22, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 128:1-130:3 | | | | |
| 135:15-138:4 | | | | |
| 141:17-144:22 | | | | |
| 144:23-146:3 | | | | |
| 147:25-149:10 | | | | |
| 152:23-154:1 | | 154:2-25 | | |
| 155:1-24 | | | | |
| 158:7-162:12 | | | | |
| 167:16-171:18 | 402/403 | 171:19-172:7 | | |
| 173:14-16 | | | | |
| 176:18-177:13 | | | | |
| 193:16-17 | | | | |
| 200:16-203:3 | | | | |
| 203:6-204:12 | | | | |
| 205:9-206:25 | | | | |
| 208:7-8 | | | | |
| 214:16-215:9 | | | | |
| 216:8-218:5 | | | | |
| 219:6-221:8 | | | | |

**Plaintiffs' Deposition Designations**

| Helmuth Mayer – May 27, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 12:12-18 | 401: irrelevant<br>403: prejudicial<br>602 | 12:19-13:20 | F, L, LC, P, R, S | |
| 18:2-16 | 106: incomplete<br>401: irrelevant<br>403: prejudicial<br>602 | 18:7-18:22 | F, I, R, S | 18:1-19:3 |
| 19:4-12 | 106: incomplete<br>401: irrelevant<br>403: prejudicial<br>602 | 19:3 | R | |
| 20:13-23 | 401: irrelevant<br>403: prejudicial<br>702: calls for expert opinion<br>602 | 20:24-22:7 | C, L, P, R, S, V | |
| 22:4-23:10 | 401: irrelevant<br>403: prejudicial<br>702: calls for expert opinion<br>602 | | | |
| 31:25-32:3 | 106: incomplete<br>401: irrelevant<br>403: prejudicial<br>602 | 31:12-31:24 | L, LC, P, R | |

**Plaintiffs' Deposition Designations**

| Randy Harrison – June 12, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 16:24-17:5 | 401: irrelevant<br>403: prejudicial<br>702: calls for expert opinion<br>602 | 15:1-16:23 | F, L, LC, P, R, S, V | |
| 27:7-19 | 401: irrelevant<br>403: prejudicial<br>702: calls for expert opinion<br>602 | 27:21-30:4 | L, P, R, S | |
| 30:8-18 | 401: irrelevant<br>403: prejudicial<br>702: calls for expert opinion<br>602 | 27:21-30:4 | L, P, R, S | |
| 36:19-37:18 | 401: irrelevant<br>403: prejudicial<br>702: calls for expert opinion<br>602 | 33:15-36:18 | P, R, V | |

**Plaintiffs' Deposition Designations**

| Avi Stoller – June 13, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 16:14-18:23 | | | | |
| 18:24-20:3 | | 20:4-13 | | |
| 38:17-40:10 | 402 403 802 | | | |
| 43:20-45:10 | 402 403 802 | 42:20-43:19 | | |
| 52:7-54:3 | 402 403 | | | |
| 64:21-68:23 | 402 403 | 61:15-64:20 | | |
| 70:6-73:2 | 402 403 | | | |
| 77:1-78:10 | 402 403 | | | |
| 86:8-88:13 | 402 403 | 88:14-89:13 | | |
| 90:20-94:6 | 402 403 | 94:7-19 | | |
| 97:18-103:2 | 402 403 702/703 improper expert testimony | | | |
| 105:13-108:2 | 402 403 | | | |
| 114:14-115:21 | 402 403 | | | |
| 116:25-121:19 | 402 403 | | | |
| 121:20-122:23 | 402 403 | | | |
| 127:18-130:18 | 402 403 | | | |

**Plaintiffs' Deposition Designations**

| Dale Bearden – June 19, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 23:20-24:9 | 106: incomplete 401: irrelevant 403: prejudicial 602 | 23:17-23:19 | L, LC, P, R, S | |
| 44:12-45:14 | 401: irrelevant 403: prejudicial 702: calls for expert opinion 602 | 8:3-9:5 42:5-42:8 | P, R, V | |

**Plaintiffs' Deposition Designations**

| Jordan Fowlkes[1] – June 20, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 7:12-9:4 | 402 403 702 602 | | | |
| 10:23-12:24 | 402 403 702 602 | | | |
| 14:6-16:4 | | | | |
| 16:5-17:8 | 402 403 | | | |
| 17:9-17:17 | | | | |
| 17:25-18:5 | | | | |
| 18:13-18:24 | | | | |
| 18:25-19:6 | 402 403 Incomplete | 19:13-19 | | |
| 19:13-20:18 | 402 403 602/901 Incomplete | 19:4-6 | | |
| 20:25-21:9 | 402 403 602/901 Incomplete | 20:17-18 20:21 | | |
| 21:24-22:13 | | | | |
| 23:9-24:10 | Incomplete | 24:13-14 | | |
| 24:10-25:25 | 402 403 602/901 Incomplete | 24:9 26:3-6 | | |
| 26:3-26:10 | Incomplete | 25:23-25 26:13 | | |
| 26:13-27:4 | 402 Incomplete | 26:7-10 | | |
| 27:8-27:19 | 402 403 | | | |

---

[1] Taiv objects to use of this witness to the extent he is within the subpoena power of the trial court.

**Plaintiffs' Deposition Designations**

| Jordan Fowlkes[1] – June 20, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| | Incomplete | | | |
| 27:22-28:23 | 402<br>403<br>602/901 | | | |
| 28:24-29:21 | 602/901 | | | |
| 29:24-30:6 | Leading 602/901 | 30:9-18 | | |
| 30:9-31:3 | Leading 402<br>403<br>802<br>602/901 | 30:1-6<br>31:6-8 | | |
| 31:6-31:23 | 402<br>403<br>602/901 | 30:19-31:3<br>32:1-4 | | |
| 32:1-33:6 | 402<br>403<br>802<br>602/901 | 31:19-23<br>33:7-13<br>39:12-40:11 | | |
| 33:14-33:16 | Leading 402<br>403<br>602/901 | 33:7-13<br>33:19-23<br>39:12-40:11 | | |
| 33:19-34:6 | Leading 402<br>403<br>602/901 | 33:7-18<br>39:12-40:4 | | |
| 34:9-34:18 | | 33:24-34:6 | | |
| 35:9-35:13 | 402<br>403<br>602/901 | 35:14-18 | | |
| 36:8-36:12 | 402<br>403 | 36:13-37:7 | | |
| 36:25-37:13 | 402<br>403<br>602/901 | | | |
| 37:16-38:12 | 402<br>403<br>802 | 37:14-15 | | |
| 38:13-38:19 | | | | |
| 39:19-39:25 | 402<br>403<br>602/901 | 40:3-4 | | |
| 40:3 | 402 | 39:19-25 | | |

**Plaintiffs' Deposition Designations**

| Jordan Fowlkes[1] – June 20, 2025 | | | | |
|---|---|---|---|---|
| Plaintiffs' Initial Deposition Designations | Defendant's Objections | Defendant's Counter Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
| | 403 602/901 | 40:4 | | |
| 40:12-40:15 | 402 403 | 29:16-21 | | |
| 40:21-41:3 | 402 403 | 29:16-21 41:4 41:7-9 | | |
| 41:7-41:14 | 402 403 | 40:24-41:6 41:17-18 | | |
| 41:17-41:25 | 402 403 | 41:10-14 | | |
| 42:9-42:10 | 402 403 | 42:13-15 | | |
| 42:13-42:17 | 402 403 602/901 | 42:9-10 42:20-21 | | |
| 42:20-42:21 | 402 403 602/901 | 42:16-17 | | |
| 43:19-43:24 | 402 403 602/901 702/703 improper expert testimony | 44:2 29:16-21 | | |
| 44:2-44:4 | 402 403 602/901 702/703 improper expert testimony | 43:19-24 29:16-21 | | |
| 44:7-44:14 | 402 403 602/901 702/703 improper expert testimony | 44:3-4 29:16-21 | | |
| 45:2-45:8 | 402 403 602/901 702/703 improper expert testimony | 45:11-17 | | |
| 45:11-45:19 | 402 | 45:2-8 | | |

**Plaintiffs' Deposition Designations**

| Jordan Fowlkes[1] – June 20, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| | 403<br>602/901<br>702/703 improper expert testimony | 45:22 | | |
| 45:22-46:7 | 402<br>403<br>602/901<br>702/703 improper expert testimony | 46:10-12 | | |
| 46:10-47:1 | 402<br>403<br>802 | | | |
| 47:19-48:1 | | | | |
| 48:7-48:10 | 402<br>403<br>602/901<br>702/703 improper expert testimony | 48:13 | | |
| 48:13 | 402<br>403<br>602/901<br>702/703 improper expert testimony | 48:7-48:10 | | |
| 48:23-48:24 | 402<br>403<br>602/901<br>702/703 improper expert testimony | 49:2-20 | | |
| 49:2-49:20 | 402<br>403<br>602/901<br>702/703 improper expert testimony | 48:23-48:24<br>49:2-20 | | |
| 50:3-50:18 | | | | |
| 50:21-50:23 | 402<br>403<br>602/901<br>702/703 improper expert testimony | 51:1 | | |
| 51:1-51:6 | 402 | 50:21-50:23 | | |

**Plaintiffs' Deposition Designations**

| | Jordan Fowlkes[1] – June 20, 2025 | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| | 403 602/901 702/703 improper expert testimony | 51:9-51:12 | | |
| 51:9-51:12 | | 51:2-6 | | |
| 51:13-51:21 | | 51:24 | | |
| 51:24 | | 51:19-21 | | |
| 52:9-52:12 | | 52:15-52:19 | | |
| 52:15-52:19 | | 52:9-52:12 | | |
| 53:7-53:15 | 402 403 802 | 54:16-23 | | |
| 53:19-53:23 | 402 403 802 | 53:7-53:15 | | |
| 54:18-54:23 | 402 403 611 802 | 55:1 | | |
| 55:1 | 402 403 611 802 | 54:18-54:23 | | |
| 55:6-55:10 | 402 403 802 | 55:2-3 | | |
| 56:18-56:23 | 402 403 602/901 | 56:24-57:1 | | |
| 57:2-57:4 | 402 403 602/901 | | | |
| 57:18-58:21 | 402 403 602/901 | | | |
| 58:20-59:1 | 402 403 602/901 | | | |
| 59:13-60:3 | Incomplete 402 | 60:4-13 | | |
| 60:14-61:10 | | | | |

**Plaintiffs' Deposition Designations**

| Jordan Fowlkes[1] – June 20, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 61:11-61:15 | | | | |
| 61:22-62:9 | 402<br>403<br>602/901 | 62:12-13 | | |
| 62:12-62:21 | 402<br>403<br>802<br>602/901 | 62:6-9 | | |
| 62:22-64:7 | 402<br>403 | | | |
| 64:8-64:14 | 402<br>403<br>611<br>602/901 | 64:17 | | |
| 64:17-64:25 | 402<br>403<br>611<br>602/901 | 64:8-64:14<br>65:3-65:6 | | |
| 65:3-65:6 | 402<br>403<br>611<br>602/901 | 64:22-25 | | |
| 65:18-66:7 | | | | |
| 66:17-67:2 | | | | |
| 67:14-67:17 | | | | |
| 68:10-68:20 | | 68:1-6 | | |

**Plaintiffs' Deposition Designations**

| | Jonathan Levy – June 20, 2025 | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 8:7-8:10 | | | | |
| 10:6-10:9 | | | | |
| 10:20-11:9 | | | | |
| 11:11-12:8 | 402 | | | |
| 12:20-12:21 | | | | |
| 12:24-13:11 | 402 | 12:22-23 | | |
| 13:12-14:25 | 402 | | | |
| 18:12-19:9 | 402 403 602/901 | | | |
| 19:10-19:13 | | | | |
| 20:1-22:22 | 402 403 802 602/901 | | | |
| 23:16-24:7 | 402 403 | | | |
| 24:25-25:25 | 402 403 | | | |
| 26:4-26:18 | 402 403 | | | |
| 28:16-29:2 | 402 403 602/901 | 29:3-15 | | |
| 29:16-30:8 | 402 403 | | | |
| 30:17-32:5 | 402 403 | | | |
| 32:6-34:2 | 402 403 | 35:2-4 | | |
| 35:5-36:10 | 402 403 602/901 | 35:2-4 | | |

**Plaintiffs' Deposition Designations**

| Noah Palansky – July 7, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 16:16-20:4 | 402<br>403 | | | |
| 24:6-25:10 | | | | |
| 28:21-33:10 | | | | |
| 38:15-40:12 | | | | |
| 40:13-42:7 | | | | |
| 43:12-46:1 | | | | |
| 49:15-52:17 | 402<br>403 | | | |
| 53:15-56:10 | 402<br>403 | | | |
| 56:11-57:5 | | | | |
| 57:6-59:23 | 402<br>403 | | | |
| 62:8-64:5 | 402<br>403 | | | |
| 77:2-85:1 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | | | |
| 88:21-90:4 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | | | |
| 93:6-96:22 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | | | |
| 108:8-110:10 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | | | |

**Plaintiffs' Deposition Designations**

| Noah Palansky – July 7, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| 112:9-114:14 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | 114:15-17 | | |
| 118:15-121:19 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | 121:20-122:12 | | |
| 122:25-123:24 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | | | |
| 124:2-128:4 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6<br>privilege | | | |
| 134:12-140:11 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6 | | | |
| 141:22-148:1 | 402<br>403<br>Lacks personal knowledge<br>Beyond scope of 30b6<br>Hearsay | | | |
| 149:16-151:16 | 402<br>403 | | | |

**Plaintiffs' Deposition Designations**

| Noah Palansky – July 7, 2025 | | | | |
|---|---|---|---|---|
| Plaintiffs' Initial Deposition Designations | Defendant's Objections | Defendant's Counter Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
| | Lacks personal knowledge Beyond scope of 30b6 Hearsay | | | |
| 162:5-163:21 | 402 403 Lacks personal knowledge Beyond scope of 30b6 Hearsay | | | |
| 164:18-166:23 | 402 403 Lacks personal knowledge Beyond scope of 30b6 Hearsay | | | |
| 168:20-171:4 | 402 403 | | | |
| 172:7-174:22 | 402 403 | | | |
| 174:23-176:17 | 402 403 Beyond scope of 30b6 | | | |
| 181:17-185:7 | 402 403 Beyond scope of 30b6 | | | |
| 191:13-192:23 | 402 403 Beyond scope of 30b6 | | | |
| 194:3-196:18 | 402 403 Beyond scope of 30b6 | 196:19-24 | | |
| 199:22-201:20 | 402 | | | |

**Plaintiffs' Deposition Designations**

| Noah Palansky – July 7, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| | 403<br>Beyond scope of 30b6 | | | |
| 203:10-206:10 | 402<br>403<br>Beyond scope of 30b6 | | | |
| 206:11-208:6 | 402<br>403<br>Beyond scope of 30b6 | | | |
| 208:7-211:22 | 402<br>403<br>Beyond scope of 30b6 | | | |
| 214:5-218:4 | 402<br>403<br>Beyond scope of 30b6 | | | |
| 219:15-223:11 | 402<br>403<br>Beyond scope of 30b6 | 223:12-21 | | |
| 237:6-239:21 | 402<br>403<br>Beyond scope of 30b6<br>Hearsay | 239:22-241:17 | | |
| 246:25-249:9 | 402<br>403<br>Beyond scope of 30b6<br>Hearsay | 249:10-250:18 | | |
| 259:7-261:5 | 402<br>403<br>Beyond scope of 30b6 | 261:6-262:18 | | |
| 264:8-264:13 | 402<br>403 | | | |

**Plaintiffs' Deposition Designations**

| Noah Palansky – July 7, 2025 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Initial Deposition Designations** | **Defendant's Objections** | **Defendant's Counter Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter-Counter Designations** |
| | Beyond scope of 30b6 | | | |
| 269:5-272:10 | 402<br>403<br>Beyond scope of 30b6<br>Hearsay | | | |
| 278:16-287:19 | 402<br>403<br>408<br>Beyond scope of 30b6<br>Hearsay | 287:20-288:11 | | |
| 293:8-295:5 | 402<br>403<br>408<br>Beyond scope of 30b6<br>Hearsay | 296:6-18 | | |
| 339:16-342:10 | 402<br>403<br>408<br>Beyond scope of 30b6<br>Hearsay | | | |

**Plaintiffs' Deposition Designations**

## PLAINTIFFS' DEPOSITION OBJECTIONS KEY

| Letter | Exhibit Objection | Federal Rules |
|---|---|---|
| C | Compound | FRE 403, 611 |
| D | Duplicative/Cumulative | FRE 401, 402, 403, 1001, 1001, 1002,<br><br>1003 |
| F | Foundation | FRE 602, 901 |
| H | Hearsay | FRE 801, 802, 805 |
| I | Incomplete | FRE 106, 401, 402, 403 |
| IE/NE | Improper Exhibit/Not Evidence | FRE 401, 402, 403, 901 |
| L | Leading | FRE 611 |
| LC | Calls for Legal Conclusion or Opinion of Counsel | FRE 703, 704 |
| MT | Misstates/Mischaracterizes Testimony | FRE 403, 611 |
| P | Unfair, Prejudicial, Confusing, and/or Misleading | FRE 403 |
| R | Relevance | FRE 401, 402, 403 |
| S | Calls for Speculation or Prohibited Lay Witness Testimony | FRE 403, 611, 701 |
| V | Vague/Ambiguous | FRE 403, 611 |