# EXHIBIT C

| Witness | Affiliation | Will Call /May Call | Plaintiffs' Objections |
|---|---|---|---|
| Noah Palansky | Taiv | Will Call Live | Subject to pending motion to strike |
| Jordan Davis | Taiv | Will Call Live | Subject to pending motion to strike |
| Paul Benoit | Expert witness retained by Defendant | Will Call Live | |
| Kevin C. Almeroth | Expert witness retained by Defendant | Will Call Live | Subject to pending motion to strike |
| Richard Theriault | MyChoice | Will Call Live or By Deposition | |
| Daniel Limcher | BarBoards | May Call Live or By Deposition | |
| Kimary Pomphrett | Customer of MyChoice | May Call By Deposition | Subject to objections to deposition designations |
| Helmuth Mayer | Customer of MyChoice | May Call By Deposition | Subject to objections to deposition designations |
| Andrew Beckwith | Customer of MyChoice | May Call By Deposition | Subject to objections to deposition designations |
| Jordan Fowlkes / Cover 3, LLC's Corporate Representative | Customer of Taiv | May Call By Deposition | |
| Randy Harrison | Former MyChoice Employee | May Call By Deposition | Subject to objections to deposition designations |
| Dale Bearden | Former MyChoice Employee | May Call By Deposition | Subject to objections to deposition designations |
| segOne, Inc. witness (to the extent a willing representative or witness can be identified who is either willing to testify or | Prior art witness | May Call Live | Untimely disclosed, never made available for deposition; individual witness not identified |

| is within the Court's subpoena power) | | | |