# EXHIBIT D

| RICHARD THERIAULT Deposition Testimony (July 21, 2025) | | | | | |
|---|---|---|---|---|---|
| Defendant's Designations | | Plaintiffs' Objections | Plaintiffs' Counter Designations | | Defendant's Objections |
| Start | End | | Start | End | |
| 6:23 | 6:24 | | | | |
| 12:18 | 12:19 | | | | |
| 13:10 | 13:21 | | | | |
| 13:25 | 14:4 | I, V | 13:25 | 14:5 | |
| 18:9 | 18:12 | P, R, V | | | |
| 19:8 | 19:17 | I, R, V | 19:8 | 20:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901, 611, 702, 802, 901 |
| 19:24 | 20:1 | I, R, V | 19:8 | 20:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 20:14 | 20:24 | I, R, V | 20:14 | 21:1 | |
| 22:9 | 22:10 | R, V | | | |
| 22:13 | 22:13 | I, R, V | 22:14 | 23:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 22:24 | 23:3 | I, R, V | 22:14 | 23:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 35:2 | 35:18 | C, D, MT | | | |
| 37:13 | 38:2 | I, LC, P, R | 36:25 | 38:2 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 40:18 | 41:9 | LC, V | | | |
| 46:12 | 46:25 | LC, V | | | |
| 47:8 | 48:2 | LC, P, V | | | |
| 48:9 | 48:10 | I, LC, R, S, V, Calls for legal conclusion | 48:9 | 48:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 48:12 | 48:13 | I, LC, R, S, V, Calls for legal conclusion | 48:9 | 48:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 49:6 | 49:8 | I, LC, R, S, V, Calls for legal conclusion | 48:23 | 49:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 49:10 | 49:13 | I, LC, R, S, V, Calls for legal conclusion | 48:23 | 49:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 49:18 | 50:4 | I, LC, R, S, V, Calls for legal conclusion | 49:25 | 51:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 50:6 | 50:9 | I, LC, R, S, V, Calls for legal conclusion | 49:25 | 51:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 50:12 | 50:15 | I, LC, R, S, V, Calls for legal conclusion | 49:25 | 51:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 50:19 | 51:3 | I, LC, R, S, V, Calls for legal conclusion | 49:25 | 51:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 51:5 | 51:6 | I, LC, R, S, V, Calls for legal conclusion | 49:25 | 51:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 58:25 | 59:1 | I, LC, R, S, V, Calls for legal conclusion | 58:25 | 59:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 59:3 | 59:3 | I, LC, R, S, V, Calls for legal conclusion | 58:25 | 59:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 59:15 | 59:22 | LC, R, S, V | | | |
| 60:14 | 60:24 | | | | |
| 63:25 | 64:1 | I, LC, MT, R, S, V | 63:25 | 66:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 64:4 | 65:14 | I, LC, MT, R, S, V | 63:25 | 66:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 21, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 68:13 | 69:2 | I, LC, R, S, V | 63:25 | 66:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 88:4 | 88:14 | I, LC, R, S, V, Calls for legal conclusion | 88:2 | 88:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 88:16 | 88:17 | I, LC, R, S, V, Calls for legal conclusion | 88:2 | 88:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 89:20 | 89:22 | I, LC, R, S, V, Calls for legal conclusion | 89:20 | 91:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 89:24 | 89:24 | I, LC, R, S, V, Calls for legal conclusion | 89:20 | 91:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 90:10 | 90:16 | I, LC, R, S, V, Calls for legal conclusion | 89:20 | 91:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 91:5 | 91:12 | I, LC, R, S, V, Calls for legal conclusion | 91:5 | 91:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 91:14 | 91:16 | I, LC, R, S, V, Calls for legal conclusion | 91:5 | 91:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 92:5 | 92:7 | I, LC, R, S, V, Calls for legal conclusion | 92:5 | 92:14 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 22, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 110:1 | 110:2 | I, LC, R, S, V, Calls for legal conclusion | 110:1 | 110:14 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 110:10 | 110:14 | I, LC, R, S, V, Calls for legal conclusion | 110:1 | 110:14 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 120:5 | 120:6 | I, LC, R, S, V, Calls for legal conclusion | 120:1 | 120:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 120:8 | 120:10 | I, LC, R, S, V, Calls for legal conclusion | 120:1 | 120:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 120:12 | 120:12 | I, LC, R, S, V, Calls for legal conclusion | 120:13 | 121:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 121:5 | 121:5 | I, LC, R, S, V, Calls for legal conclusion | 120:13 | 121:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 121:7 | 121:9 | I, LC, R, S, V, Calls for legal conclusion | 120:13 | 121:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 121:11 | 121:11 | I, LC, R, S, V, Calls for legal conclusion | 120:13 | 121:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 122:14 | 122:15 | I, LC, R, S, V, Calls for legal conclusion | 122:14 | 122:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 122:17 | 122:22 | I, LC, R, S, V, Calls for legal conclusion | 122:20 | 122:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 122:24 | 123:2 | I, LC, R, S, V, Calls for legal conclusion | 122:25 | 123:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 123:4 | 123:6 | I, LC, R, S, V, Calls for legal conclusion | 123:5 | 123:8 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 22, 2025) | | | | | |
|---|---|---|---|---|---|
| Defendant's Designations | | Plaintiffs' Objections | Plaintiffs' Counter Designations | | Defendant's Objections |
| Start | End | | Start | End | |
| 123:8 | 123:11 | I, LC, R, S, V, Calls for legal conclusion | 123:9 | 123:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 123:13 | 123:13 | I, LC, R, S, V, Calls for legal conclusion | 123:9 | 123:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 124:13 | 124:14 | R | | | |
| 124:21 | 125:5 | I, LC, S, V, Calls for legal conclusion | 124:21 | 127:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 126:21 | 126:23 | I, LC, S, V, Calls for legal conclusion | 124:21 | 127:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 126:25 | 126:25 | I, LC, R, S, V, Calls for legal conclusion | 124:21 | 127:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 127:25 | 128:14 | I, LC, R, P, S, V, Calls for legal conclusion | 127:25 | 129:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 128:16 | 128:18 | I, LC, R, P, S, V, Calls for legal conclusion | 127:25 | 129:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 128:20 | 128:25 | I, LC, R, P, S, V, Calls for legal conclusion | 127:25 | 129:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 129:8 | 129:9 | I, LC, P, S, V, Calls for legal conclusion | 129:8 | 129:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 129:11 | 129:15 | I, LC, R, P, S, V, Calls for legal conclusion | 129:8 | 129:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 129:17 | 129:19 | I, LC, R, P, S, V, Calls for legal conclusion | 129:8 | 129:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 131:21 | 131:22 | R | | | |
| 132:2 | 132:18 | I, LC, R, P, S, V, Calls for legal conclusion | 132:16 | 133:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 132:20 | 132:23 | I, LC, R, P, S, V, Calls for legal conclusion | 132:16 | 133:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 132:25 | 133:1 | I, LC, R, P, S, V, Calls for legal conclusion | 132:16 | 133:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 135:19 | 135:21 | I, LC, R, P, S, V, Calls for legal conclusion | 135:19 | 136:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 135:23 | 135:24 | I, LC, R, P, S, V, Calls for legal conclusion | 135:19 | 136:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 136:13 | 136:14 | I, LC, R, P, S, V, Calls for legal conclusion | 136:13 | 136:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 136:16 | 136:20 | I, LC, R, P, S, V, Calls for legal conclusion | 136:13 | 136:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 137:19 | 137:21 | I, LC, R, P, S, V, Calls for legal conclusion | 137:19 | 137:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 137:23 | 137:23 | I, LC, R, P, S, V, Calls for legal conclusion | 137:19 | 137:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 139:11 | 139:13 | I, LC, R, P, S, V, Calls for legal conclusion | 139:11 | 139:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 139:15 | 139:19 | I, LC, R, P, S, V, Calls for legal conclusion | 139:11 | 139:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 140:2 | 140:5 | I, LC, R, P, S, V, Calls for legal conclusion | 140:2 | 140:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 140:7 | 140:8 | I, LC, R, P, S, V, Calls for legal conclusion | 140:2 | 140:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 22, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 140:12 | 140:19 | I, LC, R, P, S, V, Calls for legal conclusion | 140:2 | 140:19 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 141:18 | 141:21 | I, LC, R, P, S, V, Calls for legal conclusion | 141:10 | 141:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 150:6 | 150:7 | I, LC, R, P, S, V, Calls for legal conclusion | 150:6 | 151:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 150:9 | 150:10 | I, LC, R, P, S, V, Calls for legal conclusion | 150:6 | 151:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 150:18 | 150:20 | I, LC, R, P, S, V, Calls for legal conclusion | 150:6 | 151:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 150:22 | 150:22 | I, LC, R, P, S, V, Calls for legal conclusion | 150:6 | 151:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 151:3 | 151:11 | I, LC, R, P, S, V, Calls for legal conclusion | 150:6 | 151:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 152:18 | 152:20 | I, LC, R, P, S, V, Calls for legal conclusion | 152.6 | 153.1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 152:22 | 152:22 | I, LC, R, P, S, V, Calls for legal conclusion | 152.6 | 153.1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 154:2 | 154:4 | I, LC, R, P, S, V, Calls for legal conclusion | 154:2 | 154:6 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 154:6 | 154:6 | I, LC, R, P, S, V, Calls for legal conclusion | 154:2 | 154:6 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 162:25 | 163:1 | I, LC, R, P, S, V, Calls for legal conclusion | 162:24 | 163:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 163:5 | 163:8 | I, LC, R, P, S, V, Calls for legal conclusion | 162:24 | 163:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 163:10 | 163:10 | I, LC, R, P, S, V, Calls for legal conclusion | 162:24 | 163:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 163:18 | 163:20 | I, LC, R, P, S, V, Calls for legal conclusion | 162:24 | 163:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 163:22 | 163:22 | I, LC, R, P, S, V, Calls for legal conclusion | 162:24 | 163:20 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 164:6 | 164:8 | I, LC, R, P, S, V, Calls for legal conclusion | 164:6 | 164:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 164:10 | 164:12 | I, LC, R, P, S, V, Calls for legal conclusion | 164:6 | 164:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 164:14 | 164:14 | I, LC, R, P, S, V, Calls for legal conclusion | 164:6 | 164:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 164:18 | 164:21 | I, LC, R, P, S, V, Calls for legal conclusion | 164:6 | 164:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 165:10 | 165:15 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 165:17 | 165:23 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 165:25 | 165:25 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 166:1 | 166:4 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 166:7 | 166:7 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 22, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 166:14 | 166:22 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 166:24 | 166:25 | I, LC, R, P, S, V, Calls for legal conclusion | 165:10 | 166:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 229:11 | 229:17 | I, LC, S, V | 225:12 | 230:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 230:1 | 230:4 | I, LC, S, V | 225:12 | 230:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 240:8 | 240:14 | R | | | |
| 242:17 | 242:21 | I, LC, R, S, V | 242:7 | 243:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 243:1 | 243:1 | I, LC, R, S, V | 242:7 | 243:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 243:16 | 248:5 | LC, R, S, V | | | |

| RICHARD THERIAULT<br>Deposition Testimony (July 24, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 265:20 | 266:5 | R | | | |
| 266:9 | 266:23 | LC, R, S, V | | | |
| 273:6 | 273:21 | I, LC, R, S, V | 272:17 | 273:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 274:18 | 274:19 | I, LC, R, S, V, Calls for legal conclusion | 274:10 | 275:5 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 274:21 | 275:5 | I, LC, R, S, V, Calls for legal conclusion | 274:10 | 275:5 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 275:13 | 275:16 | LC, R, S, V | | | |
| 276:3 | 276:7 | LC, R, S, V | 277:25 | 279:10 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 278:13 | 279:2 | I, LC, R, S, V, Calls for legal conclusion | 277:25 | 279:10 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 287:17 | 288:16 | I, LC, R, S, V, Calls for legal conclusion | 286:19 | 288:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 299:11 | 300:1 | I, LC, R, S, V, Calls for legal conclusion | 299:11 | 301:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 313:16 | 314:11 | I, LC, R, S, V | 313:16 | 317:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 317:5 | 317:7 | I, LC, R, S, V | 317:5 | 317:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 317:14 | 317:18 | I, LC, R, S, V | 317:5 | 317:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 317:25 | 318:4 | I, LC, R, S, V | 317:25 | 318:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 318:9 | 318:13 | I, LC, R, S, V | 317:25 | 318:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 318:18 | 319:7 | I, LC, R, S, V | 318:18 | 319:14 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 24, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 329:7 | 329:19 | I, LC, R, S, V, Calls for legal conclusion | 327:23 | 331:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 329:21 | 329:23 | I, LC, R, S, V, Calls for legal conclusion | 327:23 | 331:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 330:1 | 330:4 | I, LC, R, S, V, Calls for legal conclusion | 327:23 | 331:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 330:6 | 330:9 | I, LC, R, S, V, Calls for legal conclusion | 327:23 | 331:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 333:4 | 333:19 | S, V | | | |
| 334:3 | 334:17 | R, S | | | |
| 336:5 | 336:12 | I, R, S | 336:5 | 340:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 338:16 | 339:4 | F, I, MT | 336:5 | 340:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 340:3 | 340:13 | I, MT, P, R, V | 336:5 | 340:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 348:6 | 352:21 | I, LC, R, S, V, Calls for legal conclusion | 347:1 | 353:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 352:23 | 353:1 | I, LC, R, S, V, Calls for legal conclusion | 347:1 | 353:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 356:10 | 356:13 | I, R, S, V | 355:8 | 356:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 373:11 | 374:18 | I, LC, R, S, V, Calls for legal conclusion | 373:11 | 375:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| RICHARD THERIAULT<br>Deposition Testimony (July 25, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 387:15 | 388:1 | I, LC, R, S, V, Calls for legal conclusion | 387:15 | 390:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 388:3 | 388:9 | I, LC, R, S, V, Calls for legal conclusion | 387:15 | 390:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 388:11 | 388:22 | I, LC, R, S, V, Calls for legal conclusion | 387:15 | 390:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 389:7 | 389:19 | I, LC, R, S, V, Calls for legal conclusion | 387:15 | 390:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 389:23 | 390:5 | I, LC, R, S, V | 387:15 | 390:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 390:8 | 390:8 | I, LC, R, S, V | 387:15 | 390:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 390:23 | 391:12 | LC, R, S, V | | | |
| 392:25 | 393:4 | I, LC, R, S, V | 392:9 | 393:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 403:25 | 404:5 | P, R | | | |
| 404:13 | 404:19 | D | | | |
| 410:12 | 410:17 | R, V | | | |

| RICHARD THERIAULT Deposition Testimony (July 25, 2025) | | | | | |
|---|---|---|---|---|---|
| Defendant's Designations | | Plaintiffs' Objections | Plaintiffs' Counter Designations | | Defendant's Objections |
| Start | End | | Start | End | |
| 415:3 | 415:4 | I, R | 415:3 | 416:10 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 415:25 | 416:10 | I, R | 415:3 | 416:10 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 417:9 | 417:11 | I, MT, P, R | 417:9 | 419:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 419:3 | 419:10 | I, MT, P, R | 417:9 | 419:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 431:24 | 432:2 | R, V | | | |
| 432:14 | 432:17 | R, V | | | |
| 435:5 | 435:6 | P, R | | | |
| 435:14 | 435:16 | C, R, S | | | |
| 435:20 | 436:11 | P, R, S | | | |
| 439:2 | 439:12 | F, R | | | |
| 440:6 | 440:15 | P, R | | | |
| 442:12 | 442:24 | P, R | | | |
| 452:8 | 453:4 | P, R | | | |
| 454:13 | 455:8 | P, R | | | |
| 456:19 | 456:20 | P, R | | | |
| 457:18 | 458:7 | P, R | | | |
| 459:14 | 459:15 | P, R | | | |
| 459:19 | 459:20 | I, P, R | 459:19 | 459:22 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 462:13 | 462:19 | I, R | 462:13 | 463:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 463:2 | 463:4 | C, P, R | | | |
| 470:24 | 471:1 | I, R | 470:24 | 471:4 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| DALE BEARDEN                                      ||||||
| Deposition Testimony (June 19, 2025)              ||||||
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End |  | Start | End |  |
| 5:22 | 5:24 |  |  |  |  |
| 6:2 | 6:4 |  |  |  |  |
| 6:8 | 7:8 | P, R |  |  |  |
| 7:11 | 7:21 | I, L, P, R, V | 10:15 | 10:22 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 8:3 | 9:5 | D, H, I, P, R, S, V | 10:15<br>16:22 | 10:22<br>17:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 9:20 | 10:14 | I, L, P, R | 10:15<br>11:7 | 10:22<br>12:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 12:4 | 12:9 | I, P, R, S | 16:22 | 17:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 15:17 | 15:24 | D, L, P, R, V, S |  |  |  |
| 17:24 | 18:15 | D, H, I, P, V, S |  |  |  |
| 19:10 | 19:20 | I, LC, P, R | 19:21 | 20:2 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 20:23 | 21:20 | L, P, R, V |  |  |  |
| 21:23 | 22:4 | I, P, R, S |  |  |  |
| 26:8 | 26:12 | I, P, R, V, S | 26:13 | 26:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 26:22 | 27:7 | D, P, R, V |  |  |  |
| 27:19 | 29:8 | I, D, L, MT, P, R, S | 29:9 | 30:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 34:1 | 34:12 | I, P, R, V, S | 34:13 | 34:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 39:24 | 40:8 | H, P, R |  |  |  |
| 42:5 | 42:8 | P, R |  |  |  |

| PETER D. LIMCHER Deposition Testimony (July 9, 2025) | | | | | |
|---|---|---|---|---|---|
| Defendant's Designations | | Plaintiffs' Objections | Plaintiffs' Counter Designations | | Defendant's Objections |
| Start | End | | Start | End | |
| 7:1 | 7:10 | R | | | |
| 8:6 | 8:9 | D, I, P, R | 8:6 | 9:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 8:17 | 8:25 | D, I, P, R | 8:6 | 9:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 9:14 | 10:5 | R | | | |
| 11:10 | 12:5 | R | | | |
| 12:12 | 13:9 | I, P, S, V | 12:6 | 13:9 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 16:3 | 16:17 | I | 16:3 | 17:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 31:8 | 31:21 | D, R | | | |
| 32:6 | 32:13 | D, R, I, MT, P, Asked & Answered | 31:22 | 32:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 44:15 | 45:6 | ARG, C, I, LC, P, R, S, V, Calls for Expert Testimony | 44:11 | 45:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 45:8 | 45:13 | I, P, R, V, Mischaracterizes Testimony | 44:11 | 45:13 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 51:20 | 52:13 | P, R | | | |
| 52:14 | 53:5 | P, R | | | |
| 54:24 | 57:14 | C, R, V | | | |
| 58:14 | 59:6 | I, R, V | 58:13 | 59:25 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 59:7 | 59:9 | I, MT, R, V | 58:13 | 59:25 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 59:10 | 59:25 | I, R, V | 58:13 | 59:25 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 60:16 | 61:25 | I, R | 60:16 | 62:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 63:6 | 63:11 | R | | | |
| 66:11 | 67:9 | I, R | 66:11 | 67:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 68:3 | 68:13 | R | | | |
| 70:17 | 70:25 | R | | | |
| 72:15 | 73:15 | I, R | 72:15 76:21 | 73:19 77:18 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 88:3 | 88:10 | R, V | | | |
| 90:24 | 91:11 | I, V | 93:2 | 93:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 93:2 | 93:14 | I, P, R | 93:2 | 93:24 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 94:7 | 94:19 | P, R | | | |
| 94:20 | 94:22 | I, P, R | 94:20 | 95:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 96:10 | 96:22 | R | | | |
| 100:5 | 100:25 | R, V | | | |
| 101:9 | 101:23 | V | | | |

| PETER D. LIMCHER Deposition Testimony (July 9, 2025) |||||  |
|---|---|---|---|---|---|
| **Defendant's Designations** || **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** || **Defendant's Objections** |
| Start | End |  | Start | End |  |
| 102:21 | 103:2 | R, S |  |  |  |
| 103:3 | 103:11 | R, S, V |  |  |  |
| 104:5 | 104:13 | R, S |  |  |  |
| 111:7 | 111:16 | F, S, V |  |  |  |
| 112:6 | 112:22 | V |  |  |  |
| 113:12 | 113:15 | R, V |  |  |  |
| 114:7 | 114:9 | I, P, R, V | 114:6 | 114:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 114:12 | 114:12 | I, P, R, V | 114:6 | 114:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 116:15 | 116:18 | I, P, R, V | 116:8 | 116:18 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 182:21 | 183:7 | R |  |  |  |
| 184:1 | 184:14 | F, R, S, Lacks foundation |  |  |  |
| 207:13 | 208:3 | LC, R |  |  |  |
| 208:8 | 208:10 | C, LC, R |  |  |  |
| 209:8 | 209:18 | I, LC, P, S, V | 208:20 | 210:1 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 210:7 | 210:9 | I, LC, P, S, V | 210:7 | 211:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 210:18 | 210:19 | I, LC, P, S, V | 210:7 | 211:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 211:8 | 211:22 | C, P, V |  |  |  |
| 213:7 | 213:18 | LC, R, S |  |  |  |
| 213:25 | 214:2 | P, R |  |  |  |
| 214:16 | 214:24 | P, R, V |  |  |  |
| 214:25 | 215:2 | I, P, R, V | 214:25 | 215:16 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 216:14 | 217:4 | R, V |  |  |  |
| 217:5 | 217:19 | P, R, S, V, Calls for Expert testimony |  |  |  |
| 217:20 | 217:23 | I, P, R, S, V | 216:14 | 217:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 219:18 | 220:11 | I, LC, P, R, S, V, Calls for Legal conclusion | 219:18 | 222:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 220:21 | 220:24 | I, LC, P, R, S, V, Calls for Legal conclusion | 219:18 | 222:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |

| PETER D. LIMCHER<br>Deposition Testimony (July 9, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 221:1 | 222:3 | I, LC, P, R, S, V, Calls for Legal conclusion | 219:18 | 222:3 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 222:10 | 222:25 | LC, V | | | |
| 223:12 | 223:17 | S, V | | | |
| 223:24 | 224:12 | I, P, S | 223:24 | 225:11 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 224:13 | 224:22 | I, P, S | 225:18 | 226:7 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 226:14 | 226:21 | ARG, D, I, P, V | 226:14 | 226:21 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 228:13 | 228:16 | D, I, MT, P, V | 228:13 | 229:2 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 228:21 | 229:2 | D, I, MT, P, V | 228:13 | 229:2 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 229:3 | 230:3 | LC, P, R, S, V | | | |
| 230:9 | 230:19 | P, R, S | | | |
| 231:2 | 231:12 | P, R | | | |
| 232:2 | 232:9 | P, R, V | | | |
| 232:18 | 232:21 | LC, P, R, S, V | | | |
| 232:22 | 233:9 | | | | |
| 234:13 | 234:23 | R | | | |
| 234:24 | 235:19 | R | | | |
| 235:20 | 236:13 | R, V | | | |
| 236:25 | 237:7 | R | | | |
| 238:4 | 238:20 | P, R | | | |
| 252:7 | 252:15 | LC, R, S, V, Calls for legal conclusion | | | |
| 277:11 | 278:7 | D, LC, R | | | |

| ANDREW DAVID BECKWITH Deposition Testimony (May 6, 2025) | | | | | |
|---|---|---|---|---|---|
| Defendant's Designations | | Plaintiffs' Objections | Plaintiffs' Counter Designations | | Defendant's Objections |
| Start | End | | Start | End | |
| 5:3 | 5:8 | | | | |
| 5:20 | 5:25 | | | | |
| 6:20 | 6:25 | | | | |
| 7:9 | 7:11 | | | | |
| 7:12 | 7:20 | | | | |
| 7:21 | 8:11 | H, R | | | |
| 9:22 | 10:11 | F, L, P, S, V | | | |
| 10:12 | 11:2 | F, P, S, V | | | |
| 11:3 | 11:7 | F, P, S, V | | | |
| 11:9 | 11:11 | F, L, P, V | | | |
| 11:13 | 11:21 | F, L, P | | | |
| 11:23 | 12:5 | F, L, P, S, V | | | |
| 12:7 | 12:14 | F, L, P, S, V | | | |
| 12:16 | 12:22 | V | | | |
| 16:15 | 17:3 | C, R, V | | | |
| 17:9 | 17:16 | D, H, L, R, V | | | |
| 21:4 | 21:15 | A, H, R | | | |
| 24:13 | 24:16 | F, L, S | | | |
| 24:19 | 25:6 | D, F, L, S | | | |
| 25:7 | 26:24 | A, H, R | | | |
| 26:25 | 27:2 | D, F, I, L, S | 27:3 | 27:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 27:25 | 28:3 | D, F, L, S | | | |
| 28:4 | 28:10 | D, F, I, L, S | 27:3<br>28:12 | 27:12<br>28:18 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 28:20 | 29:1 | D, F, L, S | | | |
| 29:2 | 29:8 | D, F, I, L, S, V | 27:3 | 27:12 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 30:18 | 31:1 | A, F | | | |
| 31:12 | 31:22 | A, F, S, V | | | |
| 31:23 | 32:12 | A, F, L, S, V | | | |
| 32:13 | 32:23 | D, F, L, S, V | | | |
| 33:17 | 33:20 | D, F, L, S, V | | | |
| 34:8 | 34:14 | A, F, V | | | |
| 34:15 | 35:1 | H, R, V | | | |
| 41:9 | 41:24 | F, H, R | | | |
| 42:16 | 43:8 | A, F, L, S | | | |
| 43:23 | 44:15 | A, F, H, S, V | | | |

| JORDAN FOWLKES<br>Deposition Testimony (June 20, 2025) | | | | | |
|---|---|---|---|---|---|
| **Defendant's Designations** | | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | | **Defendant's Objections** |
| Start | End | | Start | End | |
| 5:7 | 5:16 | R | | | |
| 7:12 | 8:10 | | | | |
| 8:13 | 8:22 | | | | |
| 10:23 | 11:10 | | | | |
| 11:16 | 12:8 | | | | |
| 19:4 | 19:4 | | | | |
| 19:13 | 20:2 | | | | |
| 20:12 | 20:18 | | | | |
| 20:21 | 20:21 | | | | |
| 20:25 | 21:9 | | | | |
| 21:24 | 22:3 | | | | |
| 25:23 | 25:25 | | | | |
| 26:3 | 26:10 | | | | |
| 26:13 | 26:13 | | | | |
| 26:16 | 26:16 | | | | |
| 26:21 | 27:4 | | | | |
| 27:22 | 28:8 | | | | |
| 29:11 | 29:15 | | | | |
| 33:7 | 33:10 | | | | |
| 33:13 | 33:16 | | | | |
| 33:19 | 33:23 | | | | |
| 34:9 | 34:10 | | | | |
| 34:15 | 34:18 | | | | |
| 35:3 | 35:18 | | | | |
| 38:4 | 38:12 | | | | |
| 38:20 | 38:22 | | | | |
| 39:4 | 39:18 | | | | |
| 40:16 | 40:19 | | | | |
| 41:10 | 41:14 | | | | |
| 41:17 | 41:25 | | | | |
| 47:19 | 48:6 | | | | |
| 48:20 | 48:22 | | | | |
| 49:3 | 49:20 | | | | |
| 60:4 | 60:13 | | | | |
| 68:1 | 68:6 | | | | |

| KIMARY POMPHRETT Deposition Testimony (May 14, 2025) | | | | | |
|---|---|---|---|---|---|
| Defendant's Designations | | Plaintiffs' Objections | Plaintiffs' Counter Designations | | Defendant's Objections |
| Start | End | | Start | End | |
| 5:5 | 5:8 | | | | |
| 5:16 | 5:18 | | | | |
| 5:23 | 5:25 | | | | |
| 6:1 | 6:4 | | | | |
| 6:11 | 6:20 | L, V | | | |
| 7:5 | 7:7 | | | | |
| 7:12 | 7:17 | H, L | | | |
| 8:10 | 8:16 | | | | |
| 8:25 | 9:7 | C, I, H, R, V | 9:16 | 9:17 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 10:7 | 10:16 | V | | | |
| 10:17 | 11:2 | L, V | | | |
| 11:7 | 11:9 | | | | |
| 13:14 | 13:17 | A, R | | | |
| 13:18 | 14:1 | A, R | | | |
| 14:24 | 15:3 | I, R | 15:4 | 15:10 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 15:11 | 15:16 | L | | | |
| 16:3 | 16:9 | I, V | 16:16 | 16:18 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 16:19 | 17:18 | L, V | | | |
| 17:19 | 18:20 | A, F, L, V | | | |
| 19:7 | 19:21 | L, V | | | |

| HELMUTH MAYER, JR. Deposition Testimony (May 27, 2025) ||||||
|---|---|---|---|---|---|
| Defendant's Designations || Plaintiffs' Objections | Plaintiffs' Counter Designations || Defendant's Objections |
| Start | End | | Start | End | |
| 5:3 | 5:5 | | | | |
| 5:23 | 5:24 | | | | |
| 6:1 | 6:7 | | | | |
| 6:11 | 6:18 | | | | |
| 6:22 | 7:13 | R, V | | | |
| 7:18 | 7:20 | | | | |
| 7:22 | 8:2 | F | | | |
| 9:20 | 10:13 | I, L, R, V | 10:14 | 10:15 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 10:16 | 11:5 | C, R, V | | | |
| 11:9 | 11:13 | F, S | | | |
| 11:20 | 11:22 | F, S, V | | | |
| 11:24 | 12:9 | F, L, S, V | | | |
| 12:11 | 12:13 | F, L, S, V | | | |
| 12:15 | 13:1 | F, L, S, V | | | |
| 13:3 | 13:7 | F, L, S, V | | | |
| 13:9 | 13:20 | F, L, S, V | | | |
| 13:24 | 14:21 | F, L, V, S | | | |
| 14:23 | 15:1 | F, S | | | |
| 15:12 | 15:15 | C, F, L, S | | | |
| 17:17 | 17:20 | L, V | | | |
| 18:2 | 18:16 | C, L, R, V | | | |
| 19:8 | 19:10 | | | | |
| 19:12 | 19:12 | | | | |
| 20:24 | 21:4 | F, S | | | |
| 21:6 | 21:21 | F, L, S | | | |
| 21:23 | 22:5 | F, L, S | | | |
| 22:7 | 22:7 | F, I, L, S | | | |
| 22:13 | 23:6 | C, F, I, L, S | | | |
| 24:7 | 24:10 | I, L | | | |
| 27:12 | 27:18 | R | | | |
| 28:2 | 28:13 | R | | | |
| 28:24 | 29:1 | A, C, F, I, S | 10:14 28:19 | 10:15 28:23 | FRE 106, 401, 402, 403, 602, 611, 702, 802, 901 |
| 29:3 | 29:10 | A, F, I, L, S, V | | | |
| 29:12 | 29:16 | A, F, I, L, S, V | | | |
| 29:22 | 30:13 | A, F, I, L, S | | | |

| KEY TO OBJECTIONS | | |
|---|---|---|
| **Letter** | **Exhibit Objection** | **Federal Rules** |
| A | Authenticity | FRE 901 |
| ARG | Argumentative | FRE 403, 611 |
| C | Compound | FRE 403, 611 |
| D | Duplicative/Cumulative | FRE 401, 402, 403, 1001, 1001, 1002, 1003 |
| F | Foundation | FRE 602, 901 |
| H | Hearsay | FRE 801, 802, 805 |
| I | Incomplete | FRE 106, 401, 402, 403 |
| IE/NE | Improper Exhibit/Not Evidence | FRE 401, 402, 403, 901 |
| IL | Illegible (document which, as produced, is illegible) | FRE 403 |
| L | Leading | FRE 611 |
| LC | Calls for Legal Conclusion or Opinion of Counsel | FRE 703, 704 |
| MD | Multiple Documents | FRE 401, 402, 403, 901 |
| MT | Misstates/Mischaracterizes Testimony | FRE 403, 611 |
| P | Unfair, Prejudicial, Confusing, and/or Misleading | FRE 403 |
| R | Relevance | FRE 401, 402, 403 |
| S | Calls for Speculation or Prohibited Lay Witness Testimony | FRE 403, 611, 701 |
| U | Untimely/Never Produced | FRCP 26, 37 |
| V | Vague/Ambiguous | FRE 403, 611 |