# EXHIBIT E

**Joint Trial Exhibit List**

| Proposed JX-# | Date | Bates Range | Exhibit Description | Marked | Admitted |
|---|---|---|---|---|---|
| JX-001 | 7/8/2020 | | U.S. Patent No. 10,708,658 | | |
| JX-002 | 6/21/2018 | MYCHOICE000001-00000213 | File History for U.S. Patent No. 10,708,658 | | |
| JX-003 | 6/22/2017 | | U.S. Provisional App. No. 62/523,661 | | |
| JX-004 | Undated | BARBOARDS_000001 | 2023 and 2024 Financials | | |
| JX-005 | 6/18/2025 | BARBOARDS00001752 | My Choice LLC - Patent License Conversion Letter_signed | | |
| JX-006 | 8/21/2018 | MYCHOICE00006912-MYCHOICE00007000 | 2017 Tax Return Documents (MYCHOICE LLC - Client Copy) - signed | | |
| JX-007 | 4/10/2021 | MYCHOICE00007208 | Pages from 2020 Tax Return Documents | | |
| JX-008 | 11/2/2020 | MYCHOICE00008611 | Balance Sheet | | |
| JX-009 | 2/11/2020 | MYCHOICE00008612 | Profit and Loss | | |
| JX-010 | Undated | MYCHOICE008613 | 2024 Federal Return | | |
| JX-011 | 1/13/2025 | MYCHOICE004397-4412 | Patent License Agreement | | |
| JX-012 | 3/26/2025 | MYCHOICE004413- 4414 | First Amendment to Patent License Agreement | | |
| JX-013 | 6/16/2022 | MYCHOICE008603 | LinkedIn message from Theriault to Palansky | | |
| JX-014 | Undated | TAIV-00001107-1125 | Advertising Deck (Media Kit) | | |
| JX-015 | 4/18/2018 | TAIV-00001128-1156 | Taiv Install Guide | | |
| JX-016 | Undated | TAIV-00001174 | Taiv_Web_Portal_Training_Video. mp4 | | |
| JX-017 | Undated | TAIV-00001175 | Taiv Group Fiscal Year P&L 2020- 2025 | | |
| JX-018 | 5/1/2013 | MYCHOICE008484 | Jan 2012-Dec 2012 Profit & Loss | | |
| JX-019 | 8/1/2016 | MYCHOICE007253-MYCHOICE007317 | 2015 Amended Returns | | |
| JX-020 | 3/17/2019 | MYCHOICE007111-MYCHOICE007115 | Nicolas E DiDonato CPA LLC Engagement Letter | | |
| JX-021 | Undated | MYCHOICE008518-MYCHOICE008519 | My Choice, LLC - dba Sports Bar Networks Profit & Loss Jan-Dec 2018 | | |
| JX-022 | 4/18/2018 | MYCHOICE008529 | Native Excel Spreadsheet titled "Balance Sheet: December 31 2018" | | |

Joint Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| JX-023 | 3/16/2020 | MYCHOICE007172-MYCHOICE007199 | MyChoice LLC Tax Returns for 2017 | | |
| JX-024 | 1/15/2020 | MYCHOICE008520-MYCHOICE008521 | MyChoice, LLC Profit & Loss Jan- Dec 2019 | | |
| JX-025 | 2/4/2020 | MYCHOICE008530-MYCHOICE008531 | MyChoice, LLC Balance Sheet as of Jan 31, 2020 | | |
| JX-026 | Undated | MYCHOICE008532 | MyChoice, LLC Profit & Loss Jan-March, 2020 | | |
| JX-027 | 4/7/2022 | MYCHOICE007214-MYCHOICE007215 | 2021 Form 8879 | | |
| JX-028 | 3/19/2024 | MYCHOICE007216-MYCHOICE007219 | 2023 Schedule K-1 (Form 1065) | | |
| JX-029 | Undated | TAIV-00000968 | Taiv PowerPoint entitled "Targeted Ads During Live Sports" | | |
| JX-030 | 7/8/2022 | TAIV-00004655 | 7/8/22 Partner Application Form (Cover 3 Anderson Lane LLC) | | |
| JX-031 | 11/10/2022 | TAIV-00004226-TAIV-00004228 | 11/10/22 Partner Application Form | | |
| JX-032 | 7/8/2022 | TAIV-00004055-TAIV-00004057 | 7/8/22 Partner Application Form (Cover 2 LLC) | | |
| JX-033 | Undated | TAIV-00000915 | Taiv 1-pager front | | |
| JX-034 | Undated | TAIV-00007775-TAIV-00007786 | Taiv Memo | | |
| JX-035 | Undated | TAIV-00001173 | Taiv video ("The First Smart TV Box Designed for Business") | | |
| JX-036 | Undated | TAIV-00001126 | Taiv infographic | | |
| JX-037 | 5/12/2024 | MYCHOICE008757-MYCHOICE008760 | Memorandum of Understanding | | |
| JX-038 | Undated | Physical Sample - Available for Inspection | MyTVChoice puck product | | |
| JX-039 | Undated | Physical Sample - Available for Inspection | MyTVChoice puck product in original packaging | | |
| JX-040 | Undated | TAIV-00000982-TAIV-00000984 | Document entitled "Getting Started on Dev" | | |

| | | | | | |
|---|---|---|---|---|---|
| JX-041 | 2/28/2023 | MYCHOICE000385-MYCHOICE000386 | Correspondence to Noah Palansky from Michael Gilleran regarding MyChoice's U.S. Patent Replacement of TV Commercials | | |
| JX-042 | Undated | MYCHOICE008901 | Screenshot from video - connect boxes | | |
| JX-043 | Undated | MYCHOICE008902 | Screenshot from video - replace unappealing and competitive ads | | |
| JX-044 | Undated | MYCHOICE008903 | Screenshot from video - promote your content | | |
| JX-045 | Undated | MYCHOICE008904 | Screenshot from video - show cool sports | | |
| JX-046 | Undated | MYCHOICE008905 | Screenshot from video - TV automation | | |
| JX-047 | | TAIV-00000915 | one pager "give tv superpowers" | | |
| JX-048 | | MYCHOICE008757-MYCHOICE008760 | Memorandum of Understanding | | |
| JX-049 | Undated | TAIV-00000941-TAIV-00000942 | Document entitled "Commercial Break Ad Supplying" | | |
| JX-050 | Undated | TAIV-00000952 | Document entitled "Detection Suite 2" | | |
| JX-051 | Undated | TAIV-00000962 | Document entitled "Firmware Revisions" | | |
| JX-052 | 6/19/2025 | MYCHOICE008305 | Correspondence from Richard Theriault to Avi Stoller regarding notice of infringement of the '658 patent | | |
| JX-053 | | MYCHOICE007730- 7741 | MyChoice_BP(2-1-13) | | |
| JX-054 | | MYCHOICE008514- 8517 | Sports Bar Networks Investor Update January 4, 2017 | | |
| JX-055 | | MYCHOICE008607-8610 | LinkedIn message from Theriault to Stoller | | |
| JX-056 | | TAIV-00000193-212 | U.S. Patent Pub. 2005/0238320 A1 | | |
| JX-057 | | TAIV-00000372-385 | U.S. Patent Pub. 2009/0222853 A1 | | |
| JX-058 | | TAIV-00000456-465 | U.S. Patent Pub. 2014/0351843 A1 | | |
| JX-059 | | TAIV-00000735-752 | U.S. Patent No. 7,380,258 to Durden | | |
| JX-060 | | TAIV-00000772-792 | U.S. Patent No. 8,667,525 to Candelore | | |
| JX-061 | | TAIV-00000822-841 | U.S. Patent No. 9,392,341 to Candelore | | |

Joint Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| JX-062 | | TAIV-00000502 | YouTube Video - What is MyChoice | | |
| JX-063 | | TAIV-00000584 | YouTube Video - Easy to Use | | |
| JX-064 | | TAIV-00000640 | YouTube Video - Skip Offensive Ads with MyChoice | | |
| JX-065 | | TAIV-00000658 | YouTube Video - The Experience | | |
| JX-066 | | TAIV-00000813-821 | U.S. Patent No. 9,021,518 | | |
| JX-067 | | MYCHOICE004415 | What is … mychoice | | |
| JX-068 | | MYCHOICE004426 | mychoice_howto.mov | | |
| JX-069 | | BARBOARDS_001711-1733 | BarBoards Friends & Family Round | | |
| JX-070 | | TAIV-00000631-639 | 2006 SegOne website | | |
| JX-071 | | TAIV-00000905-906 | Dish's Auto Hop skips commercials in recorded shows - ABC News | | |
| JX-072 | | | Source Code from MyChoice Repository.zip | | |
| JX-073 | | TAIV-00008289-8385 | U.S. Patent No. 6,738,978 | | |
| JX-074 | | | U.S. Patent Pub. 2008/0062336 A1 | | |
| JX-075 | 1/2021-7/2025 | TAIV-00007921 | Taiv financial information from January 2021-July 2025 | | |