# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| MYCHOICE, LLC, and BARBOARDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TAIV, INC., <br><br> Defendant. | C.A. No. 2:23-cv-00507-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF REQUEST
## FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING

Plaintiffs MyChoice, LLC and BarBoards, LLC request daily transcripts and real-time reporting of the court proceedings during the trial of this action. Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: September 29, 2025

Respectfully submitted,

<u>/s/ James Travis Underwood</u>
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Andrew Kalamarides
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns
Texas State Bar No. 24143961
HBurns@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Tel: (737) 256-6100

Matthew Lutz (*pro hac vice*)
Arizona State Bar No. 038456
MLutz@perkinscoie.com
PERKINS COIE LLP
2525 E Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel.: (602) 351-8068

James Travis Underwood
Texas State Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH LLP
102 N. College Avenue, Suite 800
Tyler, Texas 75702
Tel.: (903) 934-8450

*Attorneys for Plaintiffs MyChoice, LLC and BarBoards, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 29, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>                             */s/ James Travis Underwood*
>                             James Travis Underwood