# EXHIBIT B

**Plaintiffs' Trial Exhibit List**

| Proposed PX-# | Date | Bates Range | Exhibit Description | Defendant's Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| PX-001 | 5/20/2025 | MYCHOICE008854-MYCHOICE008858 | Screenshots from YCombinator.com | N/A | | | |
| PX-002 | Undated | TAIV-00000916-TAIV-00000917 | Document entitled "Active Mode Hierarchy" | Objection – subject to motion to strike McAlexander | | | |
| PX-003 | Undated | MYCHOICE007592 | Photograph of MyChoice Facility | N/A | | | |
| PX-004 | 6/27/2022 | Cover_3_000001-9 | Emails between Cover 3 and Taiv | 801/802 hearsay | | | |
| PX-005 | 3/2023 | | Hacker News Post (https://news.ycombinator.com/item?id=22666658) | 402 - irrelevant<br>403 - prejudicial/confusion<br>801/802 hearsay | | | |
| PX-006 | 1/1/2025 | TAIV-00001157 | TAIV - Pitch Deck | 402 - irrelevant<br>403 - prejudicial/confusion | | | |
| PX-007 | Undated | TAIV-00007836 | Due Dilligence Q&A from Series A | 402 - irrelevant<br>403 - prejudicial/confusion | | | |
| PX-008 | 6/27/2022 | Cover_3_0000010-16 | Emails between Cover 3 and Taiv | 801/802 hearsay | | | |
| PX-009 | 1/29-3/25 | TAIV-00001184-TAIV-00001199 | Messages between Jamie Branson and Noah Palansky | 402 - irrelevant<br>403 - prejudicial/confusion<br>801/802 hearsay<br>408 - settlement communication | | | |
| PX-010 | 3/25/2025 | TAIV-00001200 | Text messages between Noah Palansky and Jamie Branson | 402 - irrelevant<br>403 - prejudicial/confusion<br>801/802 hearsay<br>408 - settlement communication | | | |
| PX-011 | 10/24/2024 | BARBOARDS_001457 | LinkedIn correspondence between Ben Woods and Richard Theriault | N/A | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PX-012 | 7/1/2024 | TAIV-00007803-TAIV00007825 | Taiv metrics | 402 - irrelevant 403 - prejudicial/confusion | | | |
| PX-013 | | | Left intentionally blank | | | | |
| PX-014 | Undated | MYCHOICE007598 | Photograph of MyChoice Facility | N/A | | | |
| PX-015 | Undated | MYCHOICE007594 | Photograph of MyChoice Facility | N/A | | | |
| PX-016 | 6/4/2025 | BARBOARDS_001679 | Photograph of BarBoards Office | Objection – subject to MIL | | | |
| PX-017 | 6/4/2025 | BARBOARDS_001676 | Photograph of BarBoards Office | Objection – subject to MIL | | | |
| PX-018 | 6/4/2025 | BARBOARDS_001691 | Photograph of BarBoards Office | Objection – subject to MIL | | | |
| PX-019 | 6/4/2025 | BARBOARDS_001681 | Photograph of BarBoards Office | Objection – subject to MIL | | | |
| PX-020 | 6/27/2022 | Cover_3_0000017-29 | Emails between Cover 3 and Taiv | 801/802 hearsay | | | |
| PX-021 | 6/4/2025 | BARBOARDS_001690 | Photograph of BarBoards Office | Objection – subject to MIL | | | |
| PX-022 | 6/4/2025 | BARBOARDS_001698 | Photograph of BarBoards Office | Objection – subject to MIL | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PX-023 | 6/4/2025 | BARBOARDS_001684 | Photograph of BarBoards Office | Objection – subject to MIL | | | |
| PX-024 | 8/1/2021 | TAIV-00001010-TAIV-00001024 | Asset Purchase Agreement | N/A | | | |
| PX-025 | 8/1/2021 | TAIV-00001025-TAIV-00001033 | Intercompany Service Agreement | N/A | | | |
| PX-026 | Undated | Taiv Source Code Printouts | Taiv Source Code Printouts | N/A | | | |
| PX-027 | Undated | Physical sample | BarBoards system demonstration | Objection – subject to MIL<br>901 - authentication<br>602/902 - foundation<br>403 - unfair prejudice, confusing, and/or misleading<br>FRCP 26/37 - untimely/never produced | | | |
| PX-028 | 2025 | MYCHOICE008880-MYCHOICE008881 | Noah Palansky's LinkedIn Profile | N/A | | | |