# EXHIBIT C

**Defendant's Trial Exhibit List**

| Proposed DX-# | Date | Bates Range | Exhibit Description | Plaintiffs' Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| DX-001 | 9/29/2014 | BECKWITH_000051-64 | MyChoiceOverview20(NI) | N/A | | | |
| DX-002 | 9/17/2019 | GELLES-00000049-60 | MyChoice 2019 Overview (1a) | N/A | | | |
| DX-003 | Undated | GELLES-00000133 | Video Manager.zip | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Relevance -- FRE 401, 402, 403 | | | |
| DX-004 | 6/17/2023 | MYCHOICE008311-8317 | Email from Theriault to Atmosphere | N/A | | | |
| DX-005 | 9/20/2013 | POMPHRETT_000009 | Order MCTV-201309200125-300060 | N/A | | | |
| DX-006 | 6/28/2024 | TAIV-00000149-177 | Internet Archive Declaration and Exhibit A SIGNED | N/A | | | |
| DX-007 | 4/11/2014 | | Internet Archive Capture of Thinkflood User Manual - https://web.archive.org/web/20140411013344/http://thinkflood.com/products/redeye/user-manual.pdf | Untimely/Never Produced -- FRCP 26, 37<br>Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403<br>Relevance -- FRE 401, 402, 403<br>Improper Exhibit/Not Evidence/Link Not working -- FRE 401, 402, 403, 901 | | | |
| DX-008 | 4/11/2014 | | Internet Archive Capture of Thinkflood Programming Manual - https://web.archive.org/web/20140411015706/http://thinkflood.com/products/redeye/programming-manual.pdf | Untimely/Never Produced -- FRCP 26, 37<br>Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403<br>Relevance -- FRE 401, 402, 403<br>Improper Exhibit/Not | | | |

Defendant's Trial Exhibit List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Evidence/Link Not working -- FRE 401, 402, 403, 901 | | | |
| DX-009 | 3/21/2025 | MYCHOICE007720-7723 | Email from Jamie Branson to Rich Theriault | Authenticity – FRE 901<br>Hearsay – FRE 801, 802, 805<br>Relevance – FRE 401, 402, 403<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 402/403 | | | |
| DX-010 | 9/7/2008 | TAIV-000000575-576 | Internet Archive Capture of segone.com<br>https://web.archive.org/web/20080907232826/http://www.segone.com/ | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403 | | | |
| DX-011 | 4/18/2006 | TAIV-000000598-614 | Complaint in *ABC et al v. Flying J, Inc.*, Dist. Court S.D.N.Y., Case No. 1:06-cv-02967 | Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403<br>Relevance -- FRE 401, 402, 403 | | | |
| DX-012 | 9/7/2008 | TAIV-000000630 | Internet Archive Capture of segone.com<br>https://web.archive.org/web/20080907232826/http://www.segone.com/ | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403 | | | |
| DX-013 | 6/12/2007 | TAIV-00000617-621 | Complaint in *segOne, Inc. v. Fox Broadcasting Company*, Dist. Court E.D. Va., Case No. 3:07-cv-0034 | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403<br>Relevance -- FRE 401, 402, 403 | | | |
| DX-014 | 7/24/2015 | TAIV-00000651 | Internet Archive Capture of sportsbarnetworks.com<br>https://web.archive.org/web/20150724232021/http://sportsbarnetworks.com:80/ | N/A | | | |
| DX-015 | Undated | | Taiv Source Code Made Available for Inspection | Improper Exhibit/Not Evidence/Not specifically | | | |

- 2 -

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | identified -- FRE 401, 402, 403, 901 | | | |
| DX-016 | 3/6/2013 | MYCHOICE007760 | MyChoiceFinancials(3-1-13).xlsx | N/A | | | |
| DX-017 | 5/3/2013 | MYCHOICE007762 | MyChoiceFinancials(4-1-13).xlsx | N/A | | | |
| DX-018 | Undated | Physical sample | Taiv system demonstration | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403<br>Untimely/Never Produced -- FRCP 26, 37 | | | |
| DX-019 | 4/18/2006 | TAIV-00000631-639 | Capture of segOne.com – D.I. 1-4 in *ABC et al v. Flying J, Inc.*, Dist. Court S.D.N.Y., Case No. 1:06-cv-02967 | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403 | | | |