# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC *and* BARBOARDS, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> TAIV, INC., <br><br> *Defendant*. | § § § § § § § § § <br><br> CASE NO. 2:23-CV-00507-JRG-RSP |

## ORDER

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiffs and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through June 22, 2025, in the amount of $5,307.00 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiffs:                                                                                         $2,653.55

Defendant:                                                                                        $2,653.55

**SIGNED this 31st day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE