IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and<br>BARBOARDS, LLC<br><br>        Plaintiffs,<br><br>        v.<br><br>TAIV, INC.,<br><br>        Defendant. | C.A. No. 2:23-cv-00507-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF AMENDED EXHIBIT LISTS**

Plaintiffs MyChoice, LLC ("MyChoice") and BarBoards, LLC ("BarBoards") (collectively, "Plaintiffs") and Defendant and Taiv, Inc. ("Taiv" or "Defendant") submit this Joint Notice of Amended Exhibit Lists pursuant to the Court's Order during the November 12, 2025, Pretrial Conference (ECF No. 173 at 2). Plaintiffs' amended exhibit list is attached hereto as **Exhibit A**. Taiv's amended exhibit list is attached hereto as **Exhibit B**. The Parties have conferred and have reached agreement on redactions to PX-007, which was the remaining unresolved exhibit from the November 12, 2025 pretrial conference. On November 19, 2025, Taiv raised a new objection to JX-034 based on Fed. R. Evid. 403 and the Court's Standing Motion *in Limine* No. 3, indicating redactions are required for JX-034. It is Plaintiffs' position that Taiv waived this objection by agreeing to include it on the Parties' Joint Exhibit list and by failing to timely raise its objections prior to or at the October 7, 2025, or November 12, 2025, Pretrial Conferences. Furthermore, it is Plaintiffs' position that JX-034 does not violate Fed. R. Evid. 403 or the Court's Standing Motion *in Limine* No. 3. The Parties will continue to meet and confer to attempt to resolve this dispute before the December 2, 2025, Pretrial Conference.

- 2 -

Dated: November 19, 2025                    Respectfully submitted,

*/s/ M. Craig Tyler*
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Andrew Kalamarides
Texas State Bar No. 24136939
AKalamarides@perkinscoie.com
Helena E.D. Burns
Texas State Bar No. 24143961
HBurns@perkinscoie.com
Riley Zoch
Texas State Bar No. 24140456
RZoch@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Tel: (737) 256-6100

Matthew Lutz (*pro hac vice*)
Arizona State Bar No. 038456
MLutz@perkinscoie.com
PERKINS COIE LLP
2525 E Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel.: (602) 351-8068

James Travis Underwood
Texas State Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH LLP
102 N. College Avenue, Suite 800
Tyler, Texas 75702
Tel.: (903) 934-8450

*Attorneys for Plaintiffs*
*MyChoice, LLC and BarBoards, LLC*

*/s/ Ryan Marton*
Ryan Marton (CA 223979, admitted E.D. Tex.)
Hector Ribera (CA 221511, admitted E.D. Tex.)
Phillip Haack (CA 262060, admitted E.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:    (415) 360-2515
Email: ryan@martonribera.com
            hector@martonribera.com
            phaack@martonribera.com

*Attorneys for Defendant Taiv, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served November 19, 2025 to all counsel of record, via the Court's CM/ECF system.

*/s/ M. Craig Tyler*
M. Craig Tyler
