# EXHIBIT A

**Plaintiffs' Trial Exhibit List**

| Proposed PX-# | Date | Bates Range | Exhibit Description | Defendant's Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| PX-001 | 5/20/2025 | MYCHOICE008854-MYCHOICE008858 | Screenshots from YCombinator.com | N/A | | | Preadmitted |
| PX-002 | Undated | TAIV-00000916-TAIV-00000917 | Document entitled "Active Mode Hierarchy" | Objection – subject to motion to strike McAlexander | | | Preadmitted subject to pending Motion to Strike |
| PX-003 | Undated | MYCHOICE007592 | Photograph of MyChoice Facility | N/A | | | Preadmitted |
| PX-004 | 6/27/2022 | Cover_3_000001-9 | Emails between Cover 3 and Taiv | 801/802 hearsay | | | Preadmitted |
| PX-005 | 3/2023 | | Hacker News Post (https://news.ycombinator.com/item?id=22666658) | 402 - irrelevant<br>403 - prejudicial/confusion<br>801/802 hearsay | | | Preadmitted |
| PX-006 | 1/1/2025 | TAIV-00001157 | Taiv Pitch Deck | 402 - irrelevant<br>403 - prejudicial/confusion | | | Preadmitted subject to redactions |
| PX-007 | Undated | TAIV-00007836 | Due Diligence Q&A from Series A | 402 - irrelevant<br>403 - prejudicial/confusion | | | Preadmitted subject to redactions |
| PX-008 | | | Intentionally left blank | | | | |
| PX-009 | 9/2025 | MYCHOICE008921 | LinkedIn Post from Tech Thursday | FRCP 26, 37 – Untimely; Produced after close of discovery; Disclosed after deadlines<br>901 – Authenticity<br>602, 901 – Foundation<br>402 – Irrelevant<br>403 – Unfair, Prejudicial, Confusing, and/or Misleading<br>801/802 – Hearsay<br>Violates standing MIL 3 | | | Preadmitted |

Plaintiffs' Trial Exhibit List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PX-010 | 9/2025 | MYCHOICE008907 | Tech Thursday Interview | FRCP 26, 37 – Untimely; Produced after close of discovery; Disclosed after deadlines<br>901 – Authenticity<br>602, 901 – Foundation<br>402 – Irrelevant<br>403 – Unfair, Prejudicial, Confusing, and/or Misleading<br>801/802 – Hearsay<br>Violates standing MIL 3 | | | Preadmitted subject to redactions |
| PX-011 | 10/24/2024 | BARBOARDS_001457 | LinkedIn correspondence between Ben Woods and Richard Theriault | N/A | | | Preadmitted |
| PX-012 | | | Intentionally left blank | | | | |
| PX-013 | 10/2025 | MYCHOICE008929 | Taiv Open Positions LinkedIn Post | FRCP 26, 37 – Untimely; Produced after close of discovery; Disclosed after deadlines<br>901 – Authenticity<br>602, 901 – Foundation<br>402 – Irrelevant<br>403 – Unfair, Prejudicial, Confusing, and/or Misleading<br>801/802 – Hearsay<br>Violates standing MIL 3 | | | Preadmitted |
| PX-014 | Undated | MYCHOICE007598 | Photograph of MyChoice Facility | N/A | | | Preadmitted |
| PX-015 | Undated | MYCHOICE007594 | Photograph of MyChoice Facility | N/A | | | Preadmitted |
| PX-016 | 6/4/2025 | BARBOARDS_001679 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |
| PX-017 | 6/4/2025 | BARBOARDS_001676 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |

| PX-018 | 6/4/2025 | BARBOARDS_001691 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |
| PX-019 | 6/4/2025 | BARBOARDS_001681 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |
| PX-020 | 6/27/2022 | Cover_3_0000017-29 | Emails between Cover 3 and Taiv | N/A | | | Preadmitted |
| PX-021 | 6/4/2025 | BARBOARDS_001690 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |
| PX-022 | 6/4/2025 | BARBOARDS_001698 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |
| PX-023 | 6/4/2025 | BARBOARDS_001684 | Photograph of BarBoards Office | Objection – subject to MIL | | | Preadmitted |
| PX-024 | 8/1/2021 | TAIV-00001010-TAIV-00001024 | Asset Purchase Agreement | N/A | | | Preadmitted |
| PX-025 | 8/1/2021 | TAIV-00001025-TAIV-00001033 | Intercompany Service Agreement | N/A | | | Preadmitted |
| PX-026 | Undated | Taiv Source Code Printouts | Taiv Source Code Printouts | N/A | | | Preadmitted |
| PX-027 | Undated | Physical sample | BarBoards system demonstration | Objection – subject to MIL | | | Preadmitted |
| PX-028 | 2025 | MYCHOICE008880-MYCHOICE008881 | Noah Palansky's LinkedIn Profile | N/A | | | Preadmitted |
| PX-029 | 7/2025 | MYCHOICE008906 | Taiv Partners Demo Video | N/A | | | Preadmitted |

- 3 -