# EXHIBIT B

**Defendant's Trial Exhibit List**

| Proposed DX-# | Date | Bates Range | Exhibit Description | Plaintiffs' Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| DX-001 | 9/29/2014 | BECKWITH_000051-64 | MyChoiceOverview20(NI) | N/A | | | Preadmitted |
| DX-002 | 9/17/2019 | GELLES-00000049-60 | MyChoice 2019 Overview (1a) | N/A | | | Preadmitted |
| DX-003 | | | Intentionally left blank | | | | |
| DX-004 | 6/17/2023 | MYCHOICE008311-8317 | Email from Theriault to Atmosphere | N/A | | | Preadmitted |
| DX-005 | 9/20/2013 | POMPHRETT_000009 | Order MCTV-201309200125-300060 | N/A | | | Preadmitted |
| DX-006 | 6/28/2024 | TAIV-00000149-177 | Internet Archive Declaration and Exhibit A SIGNED | N/A | | | Preadmitted |
| DX-007 | | | Intentionally left blank | | | | |
| DX-008 | | | Intentionally left blank | | | | |
| DX-009 | | | Intentionally left blank | | | | |
| DX-010 | | | Intentionally left blank | | | | |
| DX-011 | | | Intentionally left blank | | | | |
| DX-012 | | | Intentionally left blank | | | | |
| DX-013 | | | Intentionally left blank | | | | |
| DX-014 | 7/24/2015 | TAIV-00000651 | Internet Archive Capture of sportsbarnetworks.com https://web.archive.org/web/20150724232021/http://sportsbarnetworks.com:80/ | N/A | | | Preadmitted |
| DX-015 | Undated | | Taiv Source Code Made Available for Inspection | Improper Exhibit/Not Evidence/Not specifically identified -- FRE 401, 402, 403, 901 | | | Preadmitted |
| DX-016 | 3/6/2013 | MYCHOICE007760 | MyChoiceFinancials(3-1-13).xlsx | N/A | | | Preadmitted |
| DX-017 | 5/3/2013 | MYCHOICE007762 | MyChoiceFinancials(4-1-13).xlsx | N/A | | | Preadmitted |

**Defendant's Trial Exhibit List**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX-018 | Undated | Physical sample | Taiv system demonstration | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403<br>Untimely/Never Produced -- FRCP 26, 37 | | | Preadmitted |
| DX-019 | 4/18/2006 | TAIV-00000631-639 | Capture of segOne.com – D.I. 1-4 in *ABC et al v. Flying J, Inc.*, Dist. Court S.D.N.Y., Case No. 1:06-cv-02967 | Authenticity -- FRE 901<br>Foundation -- FRE 602, 901<br>Hearsay -- FRE 801, 802, 805<br>Unfair, Prejudicial, Confusing, and/or Misleading -- FRE 403 | | | Preadmitted |