**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MYCHOICE, LLC,** *et al* | § | |
| | § | |
| **v.** | § | **Case No.  2:23-cv-00507-JRG-RSP** |
| | § | |
| **TAIV, INC.** | § | |

**MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
December 9, 2025**

**OPEN: 08:23 AM**                                    **ADJOURN:  04:24 PM**

ATTORNEYS FOR PLAINTIFFS:             See attached

ATTORNEYS FOR DEFENDANT:             See attached.

LAW CLERKS:                                    Hannah Keidan
                                               Braden Anderson
                                               Tariq Ausaf

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:23 AM | Court opened. |
| 08:23 AM | Exhibits used prior day read into the record. |
| 08:25 AM | Jury entered the courtroom. |
| 08:25 AM | Continuation Defendant's case-in-chief: |
| 08:26 AM | Continuation direct examination by Mr. Dacus of Mr. Jordan Davis. |
| 08:26 AM | **Courtroom sealed**. |
| 08:26 AM | Continuation direct examination of Mr. Jordan Davis. |
| 08:36 AM | **Courtroom unsealed**. |
| 08:36 AM | Continuation direct examination of Mr. Jordan Davis. |
| 08:47 AM | Bench conference. |
| 08:53 AM | Bench conference concluded. |
| 08:53 AM | Cross examination by Mr. Underwood of Mr. Jordan Davis. |
| 09:39 AM | Redirect examination of Mr. Jordan Davis. |
| 09:51 AM | Completion of testimony of Mr. Jordan Davis. |
| 09:51 AM | Jury recessed for break. |
| 09:52 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:11 AM | Court reconvened. |
| 10:11 AM | Jury returned to courtroom. |
| 10:12 AM | Witness sworn. |
| 10:12 AM | Direct examination by Mr. Marton of Dr. Kevin Almeroth. |
| 11:01 AM | **Courtroom sealed**. |
| 11:02 AM | Continuation direct examination of Dr. Kevin Almeroth. |
| 11:09 AM | Bench conference. |
| 11:10 AM | Bench conference concluded. |
| 11:10 AM | Continuation direct examination of Dr. Kevin Almeroth. |
| 11:39 AM | **Courtroom unsealed**. |
| 11:40 AM | Continuation direct examination of Dr. Kevin Almeroth. |
| 12:03 PM | Jury recessed for lunch break. |
| 12:04 PM | Recess. |
| 01:04 PM | Court reconvened. |
| 01:05 PM | Jury returned to courtroom. |
| 01:06 PM | Cross examination by Mr. Tyler of Dr. Kevin Almeroth. |
| 01:09 PM | **Courtroom sealed**. |
| 01:10 PM | Continuation cross examination of Dr. Kevin Almeroth. |
| 01:29 PM | **Courtroom unsealed**. |
| 01:29 PM | Continuation cross examination of Dr. Kevin Almeroth. |
| 01:37 PM | Redirect examination of Dr. Kevin Almeroth. |
| 01:45 PM | Recross examination of Dr. Kevin Almeroth. |
| 01:48 PM | Completion of testimony of Dr. Kevin Almeroth. |
| 01:49 PM | Witness sworn. |
| 01:49 PM | Direct examination by Mr. Dacus of Mr. Paul Benoit. |
| 02:10 PM | Cross examination by Mr. Underwood of Mr. Paul Benoit. |
| 02:25 PM | **Courtroom sealed**. |
| 02:26 PM | Continuation cross examination of Mr. Paul Benoit. |
| 02:32 PM | **Courtroom unsealed**. |
| 02:33 PM | Redirect examination of Mr. Paul Benoit. |
| 02:37 PM | Completion of testimony of Mr. Paul Benoit. |
| 02:37 PM | Defendant rested its case-in-chief. |
| 02:38 PM | Jury recessed for break. |
| 02:38 PM | Recess. |
| 02:53 PM | Court reconvened. |
| 02:53 PM | Jury returned to courtroom. |
| 02:54 PM | Plaintiffs' rebuttal case: |
| 02:54 PM | Direct examination of rebuttal witness Mr. Joseph McAlexander by Mr. Tyler. |
| 03:08 PM | Cross examination of rebuttal witness Mr. Joseph McAlexander by Mr. Marton. |
| 03:21 PM | Redirect examination of rebuttal witness Mr. Joseph McAlexander. |
| 03:23 PM | Completion of rebuttal testimony of Mr. Joseph McAlexander. |
| 03:23 PM | Plaintiffs rested their rebuttal case. |
| 03:23 PM | Both sides rested. |
| 03:24 PM | Court provided instructions to the Jury. |

| TIME | MINUTE ENTRY |
|------|--------------|
| 03:29 PM | Jury excused for the remainder of the day to return tomorrow at 11:30 AM. |
| 03:29 PM | Court to take up Rule 50(a) motions following recess. |
| 03:35 PM | Recess. |
| 03:53 PM | Court reconvened. |
| 03:53 PM | Court took up Rule 50(a) motions. |
| 03:53 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 03:57 PM | Court began hearing argument. |
| 04:19 PM | Argument concluded. |
| 04:19 PM | Court made rulings as set forth in the record. |
| 04:20 PM | Completion of hearing re: Rule 50(a) motions. |
| 04:21 PM | Court to hold informal charge conference (off the record) tomorrow at 8:00 AM followed by formal charge conference (on the record). |
| 04:24 PM | Court adjourned. |