IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and BARBOARDS LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> TAIV, INC., <br><br> *Defendant.* | § § § § § § § § § § § § § CASE NO. 2:23-CV-00507-JRG-RSP |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**MyChoice**" refers to Plaintiff MyChoice, LLC.

- "**BarBoards**" refers to Plaintiff BarBoards, LLC.

- "**Taiv**" refers to Defendant Taiv, Inc.

- "**'658 Patent**" refers to U.S. Patent No. 10,708,658.

- "**Asserted Claims**" refers collectively to claims 1, 5, 7, and 9 of the '658 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

# READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did MyChoice and BarBoards prove by a preponderance of the evidence that Taiv infringed ANY of the following Asserted Claims?

Answer "Yes" or "No".

Claim 1:   Yes: _____   OR   No: ✓

Claim 5:   Yes: _____   OR   No: ✓

Claim 7:   Yes: _____   OR   No: ✓

Claim 9:   Yes: _____   OR   No: ✓

## QUESTION NO. 2:

Did Taiv prove by clear and convincing evidence that ANY of the following Asserted Claims are invalid?

Answer "Yes" or "No".

Claim 1:   Yes: ✓   OR   No: _____

Claim 5:   Yes: ✓   OR   No: _____

Claim 7:   Yes: ✓   OR   No: _____

Claim 9:   Yes: ✓   OR   No: _____

**If you have reached this point in the verdict form, you should have answered Question Nos. 1-2. If you have not answered Question Nos. 1-2, please go back and answer them before proceeding.**

**If you answered "No" to ALL Asserted Claims in Question No. 1 <u>OR</u> you answered "Yes" to ALL Asserted Claims in Question No. 2, then DO NOT in either case answer Question Nos. 3-5, but proceed to the final page of the verdict form.**

**Answer Question Nos. 3-5 ONLY if you have found any Asserted Claim BOTH to be infringed AND not invalid.**

## QUESTION NO. 3:

Did the MyChoice and BarBoards prove by a preponderance of the evidence that Taiv willfully infringed ANY of the Asserted Claims?

Answer "Yes" or "No".

Yes: _____   OR   No: _____

## QUESTION NO. 4:

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate MyChoice and BarBoards for Taiv's infringement of the Asserted Claims?

        Answer in United States Dollars and Cents, if any:

$ _____

## QUESTION NO. 5:

Is the total amount of the reasonable royalty damages that you found in Question No. 4 above a running royalty or a lump sum royalty?

Check **ONLY** one of the following.

A running royalty: _____     OR     A lump sum royalty: _____

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 11th day of December, 2025.

_____
Jury Foreperson