IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MYCHOICE, LLC and BARBOARDS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CASE NO. 2:23-CV-000507-JRG-RSP |
| TAIV, INC., | § § | |
| Defendant. | § § | |

## JUDGEMENT

A jury trial commenced in the above-captioned case on December 5, 2025. On December 11, 2025, the Jury reached and returned its unanimous verdict. (Dkt. No. 210.) The Jury found that Defendant Taiv, Inc. ("Defendant") has not infringed claims 1, 5, 7, or 9 of U.S. Patent No. 10,708,658 ("the '658 Patent") (collectively, the "Asserted Claims"). (*Id*. at 4.) The Jury further found that Defendant proved by clear and convincing evidence that all of the Asserted Claims are invalid. (*Id*. at 5.) Given such determinations, the Jury did not answer any further questions on the Verdict Form. (*See id.* at 6.)

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGEMENT** as follows:

1. Defendant has not infringed the Asserted Claims.

2. All of the Asserted Claims are invalid.

3. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendant is the prevailing party in this case and shall recover its costs from Plaintiffs MyChoice LLC and BarBoards LLC ("Plaintiffs"). Accordingly, Defendant is directed to file its Bill of Costs.

All other requests for relief now pending between Plaintiffs and Defendant that are not specifically addressed herein are **DENIED**.

**So Ordered this**

**Dec 17, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE