IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and<br>BARBOARDS, LLC<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TAIV, INC.,<br><br>　　　　　　Defendant.<br>─────────────────────────<br>TAIV, INC.,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>MYCHOICE, LLC and<br>BARBOARDS, LLC<br><br>　　　　　Counterclaim-Defendants. | Civil Action No. 2:23-cv-00507-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR
CLARIFICATION OF THE COURT'S DECEMBER 18, 2025 JUDGEMENT**

The Court, having reviewed and considered the parties' Joint Motion for Clarification of the Court's December 18, 2025 Judgement, hereby ORDERS that the motion be GRANTED. The Court clarifies and amends its December 18, 2025 Judgement (Dkt. No. 218), starting with the numbered paragraphs, to state as follows:

1. Defendant has not infringed the Asserted Claims.

2. All of the Asserted Claims are invalid.

3. This Judgement remains non-final until final resolution of Defendant Taiv, Inc.'s pending inequitable conduct and antitrust counterclaims.

4. Any motions and/or requests under Federal Rules of Civil Procedure 50, 54, 59, and 60 will be governed by the terms of the applicable Federal Rule based on future entry of an appealable final judgment after resolution of Defendant Taiv, Inc.'s pending inequitable conduct and antitrust counterclaims.

5. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54 and 28 U.S.C.§ 1920, Defendant is the prevailing party with respect to claims and defenses relating to patent infringement and invalidity.  Entitlement to recover its costs from Plaintiffs MyChoice LLC and BarBoards LLC ("Plaintiffs") shall be deferred until entry of final judgment after resolution of Taiv's pending inequitable conduct and antitrust counterclaims.