**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MYCHOICE, LLC, and<br>BARBOARDS, LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>TAIV, INC.,<br><br>    Defendant.<br><br>TAIV, INC.,<br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>MYCHOICE, LLC and<br>BARBOARDS, LLC<br><br>    Counterclaim-Defendants. | Civil Action No. 2:23-cv-00507-JRG-RSP<br><br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT IN PRINCIPLE**

Counterclaim Plaintiff Taiv, Inc. ("Taiv") and Counterclaim Defendants MyChoice, LLC ("MyChoice") and BarBoards, LLC ("BarBoards") (together, the "Counterclaim Defendants") (together with Counterclaim Plaintiff, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement in Principle. The Parties hereby notify the Court that the Parties have reached a settlement in principle, and request that the Court stay all unreached deadlines in this matter for thirty (30) days so that a complete settlement agreement may be prepared and agreed to, and dismissal papers be prepared.

1

Dated: July 6, 2026

Respectfully submitted,

/s/ *M. Craig Tyler (with permission)*
M. Craig Tyler
Texas State Bar No. 00794762
craig.tyler@ashurstperkins.com
Andrew Kalamarides
Texas State Bar No. 24136939
andrew.kalamarides@ashurstperkins.com
Helena E.D. Burns
Texas State Bar No. 24143961
helena.burns@ashurstperkins.com
ASHURST PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Tel: (737) 256-6100

James Travis Underwood
Texas State Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH LLP
102 N. College Avenue, Suite 800
Tyler, Texas 75702
Tel.: (903) 934-8450

*Attorneys for Plaintiffs MyChoice, LLC & BarBoards, LLC*

Respectfully submitted,

/s/ *Phillip Haack*
Carolyn Chang (CA 217933, admitted E.D. Tex.)
Ryan Marton (CA 223979, admitted E.D. Tex.)
Hector Ribera (CA 221511, admitted E.D. Tex.)
Phillip Haack (CA 262060, admitted E.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email:  carolyn@martonribera.com
        ryan@martonribera.com
        hector@martonribera.com
        phaack@martonribera.com

*Attorneys for Defendant Taiv, Inc.*

2

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned conferred with counsel for Plaintiffs regarding the relief sought in this motion via email on July 6, 2026.  The parties are in agreement, and this joint motion is unopposed.

*/s/ Phillip Haack*
Phillip Haack

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Phillip Haack*
Phillip Haack