## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MYCHOICE, LLC, and BARBOARDS, LLC<br><br>       Plaintiffs,<br><br>    v.<br><br>TAIV, INC.,<br><br>       Defendant.<br><hr>TAIV, INC.,<br>       Counterclaim-Plaintiff,<br><br>    v.<br><br>MYCHOICE, LLC and BARBOARDS, LLC<br><br>       Counterclaim-Defendants. | Civil Action No. 2:23-cv-00507-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement in Principle filed by Counterclaim Plaintiff Taiv, Inc. and Counterclaim Defendants MyChoice, LLC and BarBoards, LLC.  After consideration, the Court **GRANTS** the Parties' Joint Motion.

**IT IS THEREFORE ORDERED** that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers.  The Parties shall file the dismissal documents not later than August 6, 2026.

**SO ORDERED.**